# EXHIBIT 4

*10383925 35*

IN THE DISTRICT COURT OF PAYNE COUNTY
STATE OF OKLAHOMA

IN THE DISTRICT COURT OF
Payne County, Oklahoma
Filed
NOV 06 2017
LORI ALLEN
By: _____ Court Clerk
Deputy

SEAN SMITH and CRYSTAL SMITH,

Plaintiffs,

v.

Case No: CJ-2017-501

CSAA FIRE AND CASUALTY INSURANCE COMPANY
and LISA HOLLIDAY,

Defendants.

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**   LISA HOLLIDAY

You have been sued by the above named Plaintiff, and you are directed to file a written Answer to the attached Amended Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorneys for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

If Interrogatories and Request for Production of Documents are served with this Amended Petition, you are directed to answer the Interrogatories and produce the documents requested within **forty-five (45) days** after service of these Interrogatories and Request for Production of Documents.

Issued this _____ day of November, 2017.

LORI ALLEN, COURT CLERK

By: _____

[Seal]

ATTORNEYS FOR PLAINTIFF:
  Steven S. Mansell, OBA #10584
  Mark A. Engel, OBA #10796
  Kenneth G. Cole, OBA #11792
  M. Adam Engel, OBA #32384
  MANSELL ENGEL & COLE
  101 Park Avenue, Suite 665
  Oklahoma City, Oklahoma  73102-7201
  T: (405) 232-4100 ** F: (405) 232-4140
  Firm Email:   mec@meclaw.net

This Summons was served on _____
                           (date of service)

_____
(signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER IN CONNECTION WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.