# EXHIBIT 12


**CT Corporation**

**Service of Process Transmittal**
11/13/2017
CT Log Number 532293450

**TO:** Custodian of Records
CSAA Insurance Exchange
3055 Oak Rd MS W290
Walnut Creek, CA 94597-2098

**RE:** **Process Served in Oklahoma**

**FOR:** CSAA Fire & Casualty Insurance Company  (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SEAN SMITH and CRYSTAL SMITH, Pltfs. vs. CSAA Fire & Casualty Insurance Company and Lisa Holliday, Dfts. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Entry, Petition, First Set of Discovery |
| **COURT/AGENCY:** | Payne County District Court, OK<br>Case # CJ2017501 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Oklahoma City, OK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 11/13/2017 postmarked on 11/09/2017 |
| **JURISDICTION SERVED:** | Oklahoma |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Adam Engel<br>Mansell Engel & Cole<br>101 Park Avenue, Suite 665<br>Oklahoma City, OK 73102<br>405-232-4100 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/14/2017, Expected Purge Date: 11/19/2017<br><br>Image SOP<br><br>Email Notification,  Phoebe de la Cruz  Phoebe.DelaCruz@csaa.com<br><br>Email Notification,  Custodian of Records  custodianofrecords@csaa.com |
| **SIGNED:**<br>**ADDRESS:**<br>**TELEPHONE:** | The Corporation Company<br>1833 South Morgan Road<br>Oklahoma City, OK 73128<br>214-932-3601 |

Page 1 of  1 / MY

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

0297

IN THE DISTRICT COURT OF PAYNE COUNTY
STATE OF OKLAHOMA

IN THE DISTRICT COURT OF
Payne County, Oklahoma
Filed
NOV 06 2017
LORI ALLEN, Court Clerk
By: _____ Deputy

SEAN SMITH and CRYSTAL SMITH,

    Plaintiffs,

v.

CSAA FIRE AND CASUALTY INSURANCE COMPANY
and LISA HOLLIDAY,

    Defendants.

Case No: CJ-2017-501

RECEIVED
OKLAHOMA INSURANCE DEPARTMENT
NOV 09 2017
Legal Division

**SUMMONS**

TO THE ABOVE-NAMED DEFENDANT:    CSAA FIRE AND CASUALTY INSURANCE COMPANY
c/o Oklahoma Department of Insurance
Attn: Legal Department
Five Corporate Plaza
3625 NW 56th Street, Suite 100
Oklahoma City, OK 73112

You have been sued by the above named Plaintiff, and you are directed to file a written Answer to the attached Amended Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorneys for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

If Interrogatories and Request for Production of Documents are served with this Amended Petition, you are directed to answer the Interrogatories and produce the documents requested within **forty-five (45) days** after service of these Interrogatories and Request for Production of Documents.

Issued this _____ day of November, 2017.

LORI ALLEN, COURT CLERK

By: _____Jean Prough_____

[Seal]

ATTORNEYS FOR PLAINTIFF:
  Steven S. Mansell, OBA #10584
  Mark A. Engel, OBA #10796
  Kenneth G. Cole, OBA #11792
  M. Adam Engel, OBA #32384
  MANSELL ENGEL & COLE
  101 Park Avenue, Suite 665
  Oklahoma City, Oklahoma 73102-7201
  T: (405) 232-4100 ** F: (405) 232-4140
  Firm Email: mec@meclaw.net

This Summons was served on _____
                               (date of service)

_____
(signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER IN CONNECTION WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.