# EXHIBIT 15

| GOVERNOR | | INSURANCE COMMISSIONER |
|---|---|---|
| MARY FALLIN | | JOHN D. DOAK |



## INSURANCE COMMISSIONER
### State of Oklahoma

November 9, 2017

CSAA FIRE & CASUALTY INSURANCE
COMPANY
3055 OAK RD MS W330
WALNUT CREEK    CA  94597

RE: CJ2017501
    In the District Court in PAYNE
    State of Oklahoma
    SEAN SMITH AND CRYSTAL SMITH
        vs
    CSAA FIRE & CASUALTY INSURANCE
    COMPANY

Dear Sir or Madam:

Enclosed is a copy of the above captioned summons
served on the Insurance Commissioner as designated agent
for service of process of foreign insurance companies doing
business in the State of Oklahoma (36 O.S. section 621(B)).

Sincerely,

JOHN DOAK
Insurance Commissioner

*Maria Torres*          Legal Department

dp/enclosure

THE CORPORATION COMPANY
1833 SOUTH MORGAN ROAD
OKLAHOMA CITY    OK   73128



JOHN D. DOAK
Insurance Commissioner
Oklahoma Insurance Department
5 Corporate Plaza
3625 NW 56th Street, Suite 100
Oklahoma City, OK 73112-4511

CERTIFIED MAIL
7016 2140 0000 3555 2476

NEOPOST   FIRST-CLASS MAIL
11/09/2017
US POSTAGE $007.92
ZIP 73112
041M11276941

The Corporation Company
1833 South Morgan Road
Oklahoma City, OK 73128