# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEAN SMITH and CRYSTAL SMITH,<br><br>        Plaintiffs,<br><br>v.<br><br>CSAA FIRE AND CASUALTY INSURANCE COMPANY, and LISA HOLLIDAY,<br><br>        Defendants. | Case No: 5:17-cv-1302 D |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF LISA HOLLIDAY

**COME NOW** the Plaintiffs, Sean Smith and Crystal Smith, by and through their counsel of record and hereby file this Stipulation of Dismissal as to Defendant, Lisa Holliday, dismissing her without prejudice. This Dismissal without Prejudice pertains to Defendant, Lisa Holliday only. Plaintiffs and Defendant Lisa Holliday will bear their own costs on this matter.

            **MANSELL ENGEL & COLE**

            By: s/M. ADAM ENGEL
              Steven S. Mansell, OBA #10584
              Mark A. Engel, OBA #10796
              Kenneth G. Cole, OBA #11792
              M. Adam Engel, OBA #32384
              101 Park Avenue, Suite 665
              Oklahoma City, OK 73102-7201
              T: (405) 232-4100 ** F: (405) 232-4140
              Firm E-mail:  mec@meclaw.net

            **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that on December 21, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@pclaw.org)
Jace T. White (jace@pclaw.org)
Erin Rooney (erin@pclaw.org)

**ATTORNEYS FOR DEFENDANT – CSAA FIRE AND CASUALTY INSURANCE**

Michael C. Felty (felty@lytlesoule.com)
Matthew K. Felty (mkfelty@lytlesoule.com)

**ATTORNEYS FOR DEFENDANT – LISA HOLLIDAY**

              s/M. Adam Engel