IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEAN SMITH and CRYSTAL SMITH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: CIV-17-1302-D |
| ) | |
| CSAA FIRE AND CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

COMES NOW Erin J. Rooney of the firm PIGNATO, COOPER, KOLKER & ROBERSON, P.C., and hereby moves this Court for an Order withdrawing his appearance as counsel for Defendant, CSAA Fire and Casualty Insurance Company ("CSAA"), in this action, and shows the Court the following in support:

1. Attorney Erin J. Rooney previously entered his appearance for the Defendant, CSAA in this action;

2. Attorney Erin J. Rooney will no longer be associated with the firm PIGNATO, COOPER, KOLKER & ROBERSON, P.C.;

3. Gerard F. Pignato of PIGNATO, COOPER, KOLKER & ROBERSON, P.C., will remain as counsel for Defendant, CSAA; and,

4. No party will be prejudiced by the withdrawal.

WHEREFORE, Attorney Erin J. Rooney respectfully requests the Court to enter an Order allowing his withdrawal as counsel of record for Defendant, CSAA Fire and Casualty Insurance Company.

Respectfully submitted,

s/ Erin J. Rooney
Gerard F. Pignato, OBA No. 11473
Erin J. Rooney, OBA No. 31207
Jace T. White, OBA No. 32892
PIGNATO, COOPER, KOLKER &ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma  73102
Telephone:    405-606-3333
Facsimile:     405-606-3334
Email: jerry@pclaw.org; erin@pclaw.org;
jace@pclaw.org
**ATTORNEYS FOR DEFENDANT,
CSAA FIRE AND CASUALTY INSURANCE
 COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven S. Mansell, Esquire
Mark A. Engel, Esquire
Kenneth G. Cole, Esquire
M. Adam Engel, Esquire

s/ Erin J. Rooney
For the Firm