## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| SEAN SMITH and CRYSTAL SMITH, | |
|---|---|
| Plaintiffs, | |
| v. | Case No: 5:17-cv-01302-D |
| CSAA FIRE AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

### PLAINTIFFS' FINAL WITNESS LIST

Pursuant to the Scheduling Order [Doc. No. 29], the following is Plaintiffs' Final List of Witnesses:

| No. | Name and Address | Testimony |
|---|---|---|
| 1. | Sean Smith<br>c/o Mansell Engel & Cole<br>204 N. Robinson, 21st Floor<br>Oklahoma City, OK 73102 | Knowledge of facts relating to loss and damages, purchase of insurance policy, denial of claim and damages, work related to loss and damages, inspection of property, investigation and handling of claim, scope, amount and cause of damages, and insurance coverage. |
| 2. | Crystal Smith<br>c/o Mansell Engel & Cole<br>204 N. Robinson, 21st Floor<br>Oklahoma City, OK 73102 | Knowledge of facts relating to loss and damages, purchase of insurance policy, denial of claim and damages, work related to loss and damages, inspection of property, investigation and handling of claim, scope, amount and cause of damages, and insurance coverage. |

| | | |
|---|---|---|
| 3. | Lisa Holliday<br>Rimkus Engineer<br>c/o R. Greg Andrews<br>Pignato, Cooper, Kolker & Roberson, P.C.<br>Robinson Renaissance Building<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | As per deposition – her inspection, estimate, photographs, and report of damage to Plaintiffs' home, knowledge of estimate, condition of the home, Rimkus' claim procedures and practices, her experience and knowledge regarding earthquakes, Oklahoma Insurance Commission publications, and engineering experience and qualifications. |
| 4. | Cindi L. Miles<br>Independent Property Adjuster<br>9101 College Avenue<br>Guthrie, OK 73044 | Defendant's expert to be deposed. Anticipated testimony regarding inspection of Plaintiffs' home, knowledge of earthquake damage, determination of damage to Plaintiffs' home, and cost of repairs. |
| 5. | Chad White Heckman<br>CSAA Fire and Casualty Insurance Co.<br>c/o R. Greg Andrews<br>Pignato, Cooper, Kolker & Roberson, P.C.<br>Robinson Renaissance Building<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Knowledge of Defendant's claim policies, practices, guidelines, and procedures, handling and denial of Plaintiff's claim, the investigation of Plaintiffs' claim, his knowledge of Defendant's use of engineers to investigate earthquake claims, the investigation and determination made by Rimkus Engineering, and Plaintiffs' insurance coverage. |
| 6. | David Battle<br>PreConstruction Services, Inc.<br>2512 W. Interstate 44 Service Rd.<br>Oklahoma City, OK 73112 | Defendant's expert witness. As per deposition–his report, estimate, photographs of damage to Plaintiffs' home, his communication with Stephen Ford regarding their respective reports, findings, revisions, and conclusions, and his expert experience and qualifications. |

| | | |
|---|---|---|
| 7. | J. Stephen Ford, Ph.D., P.E.<br>ZFI Engineering Co.<br>8411 S. Walker Ave.<br>Oklahoma City, OK 73139 | Defendant's expert witness to be deposed. His report, inspection, estimate, and photographs of damage to Plaintiffs' home, the condition of the home, his communications with David Battle regarding their respective reports, findings, revisions, and conclusions, and his expert experience and qualifications. |
| 8. | Barbara and John Fox<br>c/o Mansell Engel & Cole<br>204 N. Robinson, 21st Floor<br>Oklahoma City, OK 73102 | Knowledge of the use of Rimkus Engineering to deny their insurance claim. |
| 9. | Donna Iser<br>c/o Mansell Engel & Cole<br>204 N. Robinson, 21st Floor<br>Oklahoma City, OK 73102 | Knowledge of the use of Rimkus Engineering to deny her insurance claim. |
| 10. | Sean Wiley<br>21312 State Highway 76<br>Blanchard, OK 73010 | Plaintiffs' expert rebuttal witness. Professional construction and restoration expert to testify regarding the expert report of David Battle on cost of repairs to Plaintiffs' home. |
| 11. | Defendant CSAA 30(B)(6) Witnesses<br>CSAA Fire and Casualty Insurance Co.<br>c/o R. Greg Andrews<br>Pignato, Cooper, Kolker & Roberson, P.C.<br>Robinson Renaissance Building<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Corporate representative(s) to testify on subjects specified in Plaintiffs' Notice of 30(B)(6) Deposition [Doc. 39] including, but not limited to, Defendant's earthquake claim handling, training, and guidelines, the criteria for selecting engineers, and the applicability of unfair claims settlement practices act, Defendant's claim status and premiums collection in Oklahoma, and calculation of Defendant's net worth for the past three years. |

| 12. | Tim France<br>Rimkus Engineer<br>c/o R. Greg Andrews<br>Pignato, Cooper, Kolker & Roberson, P.C.<br>Robinson Renaissance Building<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | As per deposition – his inspection, estimate, photographs, and report of damage to Plaintiffs' home, knowledge of estimate, condition of the home, Rimkus' claim procedures and practices, his experience and knowledge regarding earthquakes, Oklahoma Insurance Commission publications, and engineering experience and qualifications. |
| --- | --- | --- |
| 13. | Any witnesses necessary for rebuttal not otherwise objected to by Plaintiffs. | |
| 14. | Any witnesses listed by Defendant not otherwise objected to by Plaintiffs. | |
| 15. | Plaintiffs reserve the right to supplement its Witness List as discovery is ongoing. | |

**MANSELL ENGEL & COLE**

By: M. Adam Engel
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
Firm E-mail: mec@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@pclaw.org)
R. Greg Andrews (greg@andrews.law)
Dixie A. Craven (dixie@pclaw.org)

**ATTORNEYS FOR DEFENDANT –
CSAA FIRE AND CASUALTY INSURANCE**

                                                  s/Adam M. Engel