# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEAN SMITH and CRYSTAL SMITH,<br><br>          Plaintiffs,<br><br>v.<br><br>CSAA FIRE AND CASUALTY INSURANCE COMPANY and LISA HOLLIDAY,<br><br>          Defendants. | Case No: 5:17-cv-01302-D |

## PLAINTIFFS' FINAL EXHIBIT LIST

Pursuant to the Scheduling Order [Doc. No. 29], the following is Plaintiffs' Final List of Exhibits:

| No. | Name and Address | Testimony |
|---|---|---|
| 1. | Certified copy of the policy issued to Plaintiffs by Defendant CSAA. | |
| 2. | Defendant's Claim File, including CSAA_SMITH 001-202. | |
| 3. | Defendant's Claim Guidelines. | |
| 4. | Defendant's agent's file. | |
| 5. | Defendant's underwriting file. | |
| 6. | Defendant's annual statements. | |
| 7. | Documents produced pursuant to Plaintiffs' Subpoenas Duces Tecum to Rimkus Consulting Group, Lisa Holliday, Stephen Ford, David Battle, Cindi Miles, and Tim France. Plaintiffs will produce when obtained. | |
| 8. | Rimkus Engineering reports and financial information sought in Plaintiffs' Requests for Production Nos. 12 and 13. | |
| 9. | General Guidelines for the Assessment and Report of Earthquake Damage in Residential Woodframe Buildings, CUREE Publication No. EDA-02. | |
| 10. | Plaintiffs' repair invoices and estimates. | |
| 11. | All documents produced by Plaintiffs, including SMITH 001–177. | |

| 12. | Defendant's earthquake training materials. |
|---|---|
| 13. | Defendant's earthquake claim handling guidelines. |
| 14. | Photographs of Plaintiffs' home prior to the subject earthquake. |
| 15. | Photographs of Plaintiffs' home post-earthquake that is the subject of this case. |
| 16. | Photographs of Plaintiffs' home of claimed earthquake damage. |
| 17. | Photographs and videos of damage to homes and commercial buildings in Cushing Oklahoma, as a result of the subject earthquake. |
| 18. | News coverage and articles of damage to homes and commercial buildings in Cushing, Oklahoma, as a result of the subject earthquake. |
| 19. | Documentation and information relating to Defendant's earthquake claims handling, training, and guidelines, its criterial for selecting engineers, and the applicability of the Unfair Claim Settlement Practices Act. |
| 20. | Engineering reports by Lisa Holliday, Tim France, and other Rimkus engineers, and any supporting documentation, for those reports on other earthquake claims for Defendant or other insurance companies. |
| 21. | Holliday 1-301 |
| 22. | RCG 001-301 |
| 23. | ZFI 1-105 |
| 24. | Miles 0001-0342 |
| 25. | Sean Wiley Rebuttal Expert Report |
| 26. | All documents in Sean Wiley's possession pertaining to Plaintiffs' residence |
| 27. | Correspondence exchanged between the parties regarding the claim which is the basis of this lawsuit. |
| 28. | All CVs and Reports of any expert witness identified by Defendants. |
| 29. | All documents Bates-stamped and exchanged in discovery not otherwise objected to be Plaintiffs. |
| 30. | All depositions and deposition exhibits, except otherwise objected to by Plaintiffs. |

| | |
|---|---|
| 31. | Any and all documentation received by Defendant in connection with the claim asserted under the policy, unless otherwise objected to by Plaintiffs. |
| 32. | Documentation claimed in Defendant's privilege log. |
| 33. | All verified Interrogatory Answers. |
| 34. | Discoverable portions of Defendant's claim file relative to the property and claim which is the subject of this litigation. |
| 35. | Any and all exhibits necessary for rebuttal. |
| 36. | All exhibits listed by Defendant not otherwise objected to by Plaintiffs |
| 37. | Plaintiffs reserve the right to supplement their Exhibit List as discovery progresses. |

**MANSELL ENGEL & COLE**


By: M. Adam Engel
    Steven S. Mansell, OBA #10584
    Mark A. Engel, OBA #10796
    Kenneth G. Cole, OBA #11792
    M. Adam Engel, OBA #32384
    204 North Robinson Avenue, 21st Floor
    Oklahoma City, OK 73102-7001
    T: (405) 232-4100 ** F: (405) 232-4140
    Firm E-mail: mec@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@pclaw.org)
R. Greg Andrews (greg@andrews.law)
Dixie A. Craven (dixie@pclaw.org)

**ATTORNEYS FOR DEFENDANT –
CSAA FIRE AND CASUALTY INSURANCE**

                                                                  s/Adam M. Engel