# EXHIBIT 9

Stephen Ford, PhD																						November 30, 2018

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

SEAN SMITH and CRYSTAL SMITH,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs,　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)
-vs-　　　　　　　　　　　　　　　　　　　　　　　) No. 5:17-CV-1302-D
　　　　　　　　　　　　　　　　　　　　　　　　　)
CSAA FIRE and CASUALTY INSURANCE COMPANY,　　　 )
　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　　　　　　 )

DEPOSITION OF J. STEPHEN FORD, Ph.D, P.E.

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON NOVEMBER 30, 2018

REPORTED BY:  KASEY D. EGELSTON, CSR

Stephen Ford, PhD                                November 30, 2018

Page 71

1  addition, obviously, the whole premise is this -- or
2  the background of this, is certainly I was on the
3  site and it indicates that I was on site on April
4  20th.  But on page 4 or ZFI -- Bates-number ZFI 17,
5  under facts or data considered, I do indicate that I
6  had reviewed Dr. Holliday's report.
7      Q   So you've got Dr. Holliday's report.  You
8  also reviewed your site inspection photographs?
9      A   Sure.
10     Q   And your site inspection falls into a
11 different category itself, so you have the site
12 inspection itself as something you reviewed; right?
13     A   The information obtained during the site
14 visit, plus the photographs that were taken there.
15     Q   Okay.
16     A   Plus the transcript that was made while I
17 was on site.  As indicated in the report, I did
18 review some weather data.
19     Q   That's not included in the report though,
20 is it?
21     A   No.  The actual data is not included in the
22 report, but the indication of where I obtained the
23 data --
24     Q   Weather Underground, it's listed in there
25 somewhere.

Stephen Ford, PhD                                          November 30, 2018

Page 72

```
 1      A    That's correct.
 2      Q    The other thing is, is that exclusively
 3  all you had when you were reviewing this file prior
 4  to writing this report?
 5      A    I believe that's correct.
 6      Q    Did you have Lisa Holliday's deposition at
 7  that time?
 8      A    No.
 9      Q    And since this inspection report, you
10  reviewed the testimony of Lisa Holliday; right?
11      A    That's correct.
12      Q    And you haven't reviewed any additional
13  pictures; right?
14      A    That's correct.
15      Q    Have you reviewed any other documents
16  besides Lisa Holliday's deposition since writing
17  that report?
18      A    I'm sorry, could you ask the question
19  again?
20      Q    Yes.  Have you reviewed any other
21  documentation since writing that report, other than
22  her deposition?
23      A    Well, I mean, again, I indicated earlier I
24  reviewed both the depositions of Mr. and Mrs.
25  Smith.
```

                                                          Page 129
1    A    I believe that's correct.  I think she
2    testified to that.
3    Q    Do you believe that Ms. Lisa Holliday did a
4    sufficient inspection of this property?
5    A    Yes.  You know, based on what I saw from my
6    inspection of the exterior and the interior of the
7    house, if I hadn't been able to get into the attic,
8    I would still have exactly the same opinions.  If I
9    hadn't been able to get in the crawlspace, I would
10   still have exactly the same opinions with regard to
11   whether the floor issues were seismically-related
12   just based on all of the data that was available.
13   Obviously, I didn't really see anything in the attic
14   that brought anything to supplementing that opinion,
15   other than the absence of damage that was consistent
16   with seismic forces.
17        The foundation issues of deflected floors,
18   the -- you know, that strengthened the opinion --
19   the wet subgrade and the moisture-related issues
20   that I saw, in addition to the non-vented
21   crawlspace, all just strengthened the opinion that I
22   would have had without doing it.  Doing it -- you
23   know, looking in the crawlspace, I would still come
24   to the exact same conclusion that it was not
25   seismically-related.  I understand exactly, you

Stephen Ford, PhD                                    November 30, 2018

Page 130

1  know, what she did and it was an appropriate level
2  of -- what I understand her assessment was, the
3  process of the assessment and the opinions, I think
4  she had an appropriate level of investigation and
5  certainly I agree with the conclusions.
6       Q    Well, it's -- do you know Lisa Holliday?
7       A    No.
8       Q    Have you ever met her?
9       A    No.  Not that I know of.
10      Q    But you're okay backing up her thoroughness
11 of her investigation?
12      A    That's basically correct.  If I had not had
13 access to the attic or didn't think I had access to
14 the attic or didn't think I had access to the
15 crawlspace, I would have come to the same
16 conclusions she came to.
17      Q    Okay.
18           MR. ENGEL:  Let me read through this.
19           (Break was had from 12:43 to 12:48)
20      Q    (By Mr. Engel)  You've read -- you're back
21 on the record, Mr. Ford.  You understand that -- I
22 understand that you've read the depositions of Mr.
23 and Mrs. Smith?
24      A    That's correct.
25      Q    And you're aware that the Smiths testified

Stephen Ford, PhD                                    November 30, 2018

Page 148

```
 1      Q    Have I been fair and polite to you today?
 2      A    Yes.
 3           MR. ANDREWS:  Are you going to ask me
 4  that question too?
 5           MR. ENGEL:  Have I been fair and polite
 6  to you today?  We can go to lunch now; right?
 7           MR. ANDREWS:  Are you finished?
 8           MR. ENGEL:  I'm done.
 9           MR. ANDREWS:  I just have a couple of
10  real quick questions following up on what you were
11  just asked.
12                    CROSS EXAMINATION
13  BY MR. ANDREWS:
14      Q    Counsel had asked you regarding -- your
15  opinions regarding Lisa Holliday's investigation at
16  the house.  Do you recall that?
17      A    Yes.
18      Q    And you have reviewed her report, as well
19  as her deposition; correct?
20      A    Yes.
21      Q    And you've also reviewed the depositions of
22  both plaintiffs; correct?
23      A    Yes.
24      Q    Do you believe Lisa Holliday was qualified
25  to investigate this claim?
```

Stephen Ford, PhD                                    November 30, 2018

Page 149

```
 1            MR. ENGEL:  Form.
 2            THE WITNESS:  Yes.
 3       Q    (By Mr. Andrews)  Do you believe her
 4   investigation was thorough?
 5            MR. ENGEL:  Let me just -- standing
 6   objection to all of this to the form, outside of his
 7   report, and then you can go ahead.  Is that okay?
 8            MR. ANDREWS:  Yeah, that's fine.
 9            MR. ENGEL:  Okay.  Anything relates to
10   how well Lisa did.
11       Q    (By Mr. Andrews)  So do you believe her
12   investigation was thorough?
13       A    Yes.
14       Q    Do you believe her investigation was
15   proper?
16       A    Yes.
17       Q    And do you believe her investigation was
18   detailed enough to determine the cause of damage in
19   this claim?
20       A    Yes.
21       Q    I asked if you believe that Lisa Holliday
22   was qualified.  I think I did, but I can't recall.
23       A    Yes, she was -- is.
24       Q    During one of the breaks counsel made a
25   statement that plaintiffs have had plenty of experts
```