

Rimkus Consulting Group, Inc.
609 South Kelly, Suite C-1
Edmond, OK 73003
(888) 611-7770 Telephone
(405) 340-8513 Facsimile
Certificate of Authorization No. 3201
Certification Expiration Date June 30, 2019

*THE ORIGINAL OF THIS REPORT, SIGNED AND SEALED BY THE PROFESSIONAL WHOSE NAME APPEARS ON THIS PAGE, IS RETAINED IN THE FILES OF RIMKUS CONSULTING GROUP, INC.*

# Report of Findings

## STRUCTURAL EVALUATION
## Claim No:  1002259499

## RCG File No:  22804649

## Prepared For:

## CSAA INSURANCE COMPANY
## 3100 QUAIL SPRINGS PARKWAY
## OKLAHOMA CITY, OK 73134

## Attention:

## MR. CHAD WHITE

Lisa M. Holliday, P.E., Ph.D.
Engineering Number OK 24558
Senior Consultant

September 18, 2017



CSAA_SMITH 0076

# TABLE OF CONTENTS

I.   Introduction ................................................................ 1

II.  Conclusions ................................................................ 2

III. Discussion ................................................................. 3

IV.  Basis of Report ........................................................... 8

V.   Attachments................................................................ 9

     A. Photographs

     B. Drawing

     C. Shake Map Information

     D. CV

September 18, 2017

CSAA_SMITH 0077

# Section I
# INTRODUCTION

Mr. Sean Smith and Mrs. Crystal Smith, the owners, suspect that the residential property located at 314 East 8th Street in Cushing Oklahoma experienced structural damage.  They believe the damage was due to seismic activity that occurred on/or about November 5, 2016.

Rimkus Consulting Group, Inc. (Rimkus) was retained to evaluate the residence and to determine the cause of the structural damage, if any, and whether it was related to the seismic activity of November 2016.  Our on-site evaluation was conducted by Lisa M. Holliday, P.E., Ph.D. on September 1, 2017.

This report was reviewed by Mr. Steven A. Frase, South Central Region Property Division Manager for Rimkus.

This report was prepared for the exclusive use of CSAA Insurance Company and was not intended for any other purpose. Our report was based on the information available to us at this time, as described in the Basis of Report. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted.

CSAA_SMITH 0078

# Section II
# CONCLUSIONS

1. The magnitude 5.0 earthquake that occurred on November 7, 2016, the epicenter of which was located near the subject property, resulted in instrumental intensity VI at the subject residential property and did not cause structural damage to the residential property.

2. The origin of the damage observed to the floor, ceiling tiles, and driveway slab under the carport was from differential foundation movement related to volumetric soil changes from soil moisture variations over time. Poor construction techniques found at the foundation contributed.

CSAA_SMITH 0079

## Section III
## DISCUSSION

**Structural Description**

The residential property was a one-story, wood-framed dwelling covered with vinyl siding on the exterior.  The foundation was a combination shallow foundation perimeter walls of an unknown material with portions of concrete slab foundation added later. The interior wall finishes were a combination of lath and plaster and drywall with paint. The ceiling was furring strips with acoustical ceiling tiles.   The flooring was a combination of carpet and vinyl flooring.  The roof covering was asphalt shingles.  For the purposes of this report, the side of the residence with the front entrance door faces south, refer to (**Photographs 1 through 5**).

**Interview**

Mrs. Crystal Smith, an owner, was interviewed, and the following information was obtained:

- The residence was constructed in 1920.

- During the earthquake, the house shook, and things fell off the shelves and were broken.  Also, pictures fell off the walls.  Afterwards, the front door would not close, and they replaced it.

- The cracks in the slab under the carport were noticed shortly after the earthquake, but much later, they noticed a crack in the concrete floor in the son's bedroom.  The crack could be felt through the carpet.

CSAA_SMITH 0080

**Observations**

Photographs of the observed conditions are included in **Attachment A**. The photographs are representative and are not intended to include all observed damage and conditions that may have existed during the evaluation.

The following describes observations made during the site evaluation:

- The roof rafter connections to the wall framing were observed to be intact and without separation. Roof framing locations that did have cracks or separations were observed to have dust and cobwebs within the separations (**Photographs 6 through 8**).

- The slab supporting the front porch contained cracks. The stem wall was covered by the vinyl siding (**Photographs 9 through 11**).

- Cracks existed in the driveway slab under the carport. The cracks contained dust and showed wear over time along the edges of the cracks. (**Photographs 12 through 14**).

- The floor inside the residence had several areas of bowing (**Drawing Attachment B**).

- The carpet was pulled back in the son's bedroom, and the concrete under the carpet was examined. The concrete had an area where it had been patched. It was cracked and broken. Examining below the broken pieces of concrete, it was determined that the room was extended at some point and a new strip footing had been added, and there was plywood incorporated in the footing. (**Photographs 15 through 19**).

CSAA_SMITH 0081

- It was observed that the ceiling in the bathroom and son's bedroom had ceiling tiles that were missing.  Repairs of these tiles were observed to be aged (**Photograph 20**).

- Several cracks were noticed throughout the residence. All were observed to have paint inside the cracks (**Photographs 21 through 23**).

## Site Conditions

A visual overview of the site revealed that the roof did not have gutters, and rainwater falls close to the residence. The ground surface adjacent to the residence was vegetated with grass.

## Floor Elevation Survey

Elevations were measured at sample locations throughout the residence.  The

## Earthquake Information

The Center for Earthquake Research and Information (CERI) Seismic Networks are operated under cooperative agreement with the United States Geological Survey (USGS) to collect and provide data on their web site associated with earthquakes occurring in the United States and around the world.

There are two different ways to describe the size of an earthquake. The first description method is magnitude (M), which is related to the amount of energy released by the earthquake source.  It is usually determined by measuring the amplitude or modeling the character of the earthquake waves recorded by a series of seismographs.

The second method of describing an earthquake is to measure earthquake affects or the intensity. Intensity is a qualitative measure of the strength of ground shaking at a particular site. The USGS currently uses the Modified Mercalli Intensity Scale in the United States. Each earthquake that is large enough to be felt will have a range of

CSAA_SMITH 0082

intensities. Usually, the highest intensities are measured near the earthquake epicenter and lower intensities are measured farther away.

The November 7, 2016, seismic event was a magnitude 5.0 earthquake that occurred approximately at or near the residential building property located in Cushing, Oklahoma.

A review of the shake map on the USGS website indicated that the November 7, 2016, seismic event resulted in the following at the subject property (**Attachment C**):

- Peak Acceleration (8.8 second) of 1.0 percent of gravity.
- Peak Velocity of 6.5 centimeters per second.
- Instrumental Intensity VI.
- Instrumental intensity VI seismic events result in strong perceived shaking and light potential damage.

Instrumental Intensity VI seismic events result in vibrations felt by all, similar to the passing of heavy equipment vehicles, some heavy furniture moved, and a few instances of fallen plaster and damaged chimneys

## Soils Information

According to the United States Department of Agriculture Resources Conservation Service (USDA/NRCS), the soil at the location of the subject residence was an Agra-Urban land complex described as silty clay, clay, silty clay loam. The USDA/NRCS indicated that the soils were rated for dwellings without basements to be "very limited". "Very limited" indicates that the soil has one or more features that are unfavorable for the specified use.  The soils have a hydrological rating of "D" meaning soils having a very slow infiltration rate (high runoff potential) when thoroughly wet.  The plasticity index for the soil at the depth of the footing range from 25 to 44.  The plasticity index is a value given to soil identifying the potential for shrinkage and expansion due to changes in soil moisture content.  The soil at the subject property was expansive and

CSAA_SMITH 0083

subject to movement as the soil moisture content changes.

**Analysis**

The magnitude 5.0 earthquake that occurred on November 7, 2016, the epicenter of which was located near the subject property, resulted in instrumental intensity VI at the subject residential property and the residence was evaluated and did not cause damage to the residential property.    Structural damage is defined as displacement and/or loss of the continuity of structural members, such as columns, walls, and beams, to transmit forces from wind, gravity, or seismic forces to the foundation. No visible indications of recent structural damage were observed within the residence. The damage observed consisted of an uneven floor, fallen ceiling tiles, cracking along the base of the wall and a leaning wall.

The origin of the damage observed to the floor, ceiling tiles, and driveway slab under the carport was from differential foundation movement related to volumetric soil changes from soil moisture variations over time. This is shown by the floor elevations that demonstrate variation in ground movement over an extended period of time. Poor construction techniques found at the foundation contributed.

The uneven floor was determined to be caused by differential foundation movement. The crack along the wall and leaning wall were determined to be caused by a poorly constructed floor extension consisting of an added footing adjacent to an interior slab. Other interior cracks showed signs of age and contained no stretched or cracked paint.   The residence was out of plumb in several locations with the cause being differential foundation movement. Horizontal cracks were observed in the driveway slab and the front porch.  These cracks showed signs of age and were consistent with shrinkage cracks and differential foundation movement cracks.  Furthermore, cobwebs and insect nests were observed in several of the separations indicating they were not recently formed.

CSAA_SMITH 0084

## Section IV
## BASIS OF REPORT

1. Our on-site evaluation was conducted on September 1, 2017, by Tim France, P.E. and Lisa Holliday, P.E., Ph.D.

2. Review of the photographs taken during the on-site evaluation.

3. We reviewed seismic activity from the US Geological Society (USGS) website, http://earthquake.usgs.gov/earthquakes/shakemap.

4. Review of the publication, Principals of Geotechnical Engineering by Braja M. Das, PWS Publishing, 1985.

5. Review of the publication, Foundation Engineering Handbook, Van Nostrand Reinhold, 2nd Edition.

6. Review of the document, Curee Publication No. EDA-02, *General Guidelines for the Assessment and Repair of Earthquake Damage in Residential Buildings*.

7. Reviewed data from the United States Department of Agriculture Web Soil Survey for soil types and characteristics for the location of the subject property.

CSAA_SMITH 0085

## Section V
## ATTACHMENTS

A. Photographs

B. Floor Drawing

C. Shake Map Information

D. CV

CSAA_SMITH 0086

**Section V**

**ATTACHMENT A**

# Photographs

Photographs taken during our inspection, which were not included in this report, were retained in our files and are available to you upon request.

**Photograph 1**
South side.



**Photograph 2**
Front east side.



September 18, 2017
RCG File No. 22804649

CSAA_SMITH 0088

**Photograph 3**
Rear east side.



**Photograph 4**
North side.



**Photograph 5**
West side.



**Photograph 6**
Roof connection.



CSAA_SMITH 0090

**Photograph 7**
Roof connection.



**Photograph 8**
Roof connection.



CSAA_SMITH 0091

**Photograph 9**
Front porch.



**Photograph 10**
Front porch crack.



September 18, 2017
RCG File No. 22804649

CSAA_SMITH 0092

**Photograph 11**
Front porch crack.



**Photograph 12**
Driveway crack.



September 18, 2017
RCG File No. 22804649

CSAA_SMITH 0093

**Photograph 13**
Driveway crack.



**Photograph 14**
Driveway crack.



September 18, 2017
RCG File No. 22804649

CSAA_SMITH 0094

**Photograph 15**
Son's room.



**Photograph 16**
Son's room floor under the carpet.



September 18, 2017
RCG File No. 22804649

CSAA_SMITH 0095

**Photograph 17**
Son's room floor under the carpet.



**Photograph 18**
Son's room floor under the carpet.



September 18, 2017
RCG File No. 22804649

CSAA_SMITH 0096

**Photograph 19**
Son's room floor under the carpet.



**Photograph 20**
Ceiling tiles.



September 18, 2017
RCG File No. 22804649

CSAA_SMITH 0097

**Photograph 21**
Bathroom cracks.



**Photograph 22**
Bathroom cracks.



September 18, 2017
RCG File No. 22804649

CSAA_SMITH 0098

**Photograph 23**
Bathroom cracks.



September 18, 2017
RCG File No. 22804649

CSAA_SMITH 0099

**Section V**

**ATTACHMENT B**

# Floor Drawing

CSAA_SMITH 0100



**RIMKUS**
CONSULTING GROUP, INC.

| CLIENT | | JOB NO. | SHEET OF |
|---|---|---|---|
| SUBJECT 3 4 5 6th Street | | BY H | DATE 7/4/17 |
| | | CKD. | REV. |

CSAA_SMITH 0101

**Section V**

**ATTACHMENT C**

# Shake Map Information

CSAA_SMITH 0102



**CSAA_SMITH 0103**

**Section V**

**ATTACHMENT D**

# CV

September 18, 2017
RCG File No. 22804649

**CSAA_SMITH 0104**





**LISA HOLLIDAY, P.E., Ph.D.**
**SENIOR CONSULTANT/CIVIL ENGINEER**

Doctor Holliday received her BS in Civil Engineering in 1995 and her PhD in 2009 from the University of Oklahoma specializing in structures during her BS and further specializing in earthquake engineering during her PhD. She started her career in the design of pre-engineered metal buildings and later worked in design of all types of building construction including but not limited to structural steel, cast-in-place concrete, pre-cast concrete, concrete tilt-up, concrete masonry unit (cmu) block, and even experimented in earthen building construction techniques such as adobe and compressed earth blocks.

Doctor Holliday is a FEMA Certified Structural Specialist I, trained to work on a post-disaster urban search and rescue team and served as a member of Oklahoma Task Force One. She has been a member of several pre- and post-disaster survey teams and worked in that capacity in the US and Internationally. She was a member of the NSF survey team that surveyed the damage created by the May 2013 tornado in Moore Oklahoma. After this work she and another professor helped the City of Moore, Oklahoma update its residential building code to ensure homes will withstand an EF2 tornado.

Doctor Holliday gained tenure at the University of Oklahoma in the Division of Construction Science in the College of Architecture. She taught structures to construction and architecture students which included the design of temporary structures, construction testing and quality control as well as other typical construction and architecture stopics used in the construction and design process.

**EDUCATION AND PROFESSIONAL ASSOCIATIONS**

Ph.D. – Civil Engineering – University of Oklahoma, Norman, Oklahoma
        Dissertation: "Seismic Vulnerability of Residential Structures in Nicaragua"
B.S. - Civil Engineering – University of Oklahoma, Norman, Oklahoma
Professional Engineer (PE) - Licensed in Oklahoma

**EMPLOYMENT HISTORY**

| | |
|---|---|
| 2017 – Present | Rimkus Consulting Group, Inc. |
| 2010 – Present | Faculty, University of Oklahoma, College of Architecture |
| Summer of 2012 | JE Dunn Construction, Oklahoma City, Oklahoma |
| Summer of 2011 | JE Dunn Construction, Oklahoma City, Oklahoma |
| 2009 – 2010 | Post-Doc, University of Oklahoma, Norman, Oklahoma |
| 2004 – 2009 | Obelisk Engineering, Oklahoma City, Oklahoma |
| 2002 – 2003 | BC Steel Buildings |
| 1995 – 2001 | Star Building Systems, Oklahoma City, Oklahoma |



# RIMKUS
Consulting Group, Inc.

P.O. BOX 4673
HOUSTON, TEXAS  77210
405-340-8034

FEDERAL ID: 76-0163936

---

CSAA INSURANCE COMPANY
3100 QUAIL SPRINGS PARKWAY
OKLAHOMA CITY, OK 73134
CONTACT: CHAD WHITE

Invoice Number:      6538886
Invoice Date:        September 29, 2017
File Number:         22804649

Re:       STRUCTURAL EVALUATION-314 E. 8TH ST.-CUSHING OK

Insured:      SEAN & CRYSTAL SMITH
Claim No.:    1002259499

---

## FOR PROFESSIONAL SERVICES RENDERED

### CURRENT BILLING

| | |
|---|---|
| Consulting Fees | $3,025.00 |
| Expenses | 148.16 |
| State Taxes | 0.00 |
| Other | 0.00 |
| Total Current Charges | $3,173.16 |

*(see attached pages for detail)*

**Total Now Due**            **$3,173.16**

BILLS ARE DUE AND PAYABLE UPON RECEIPT

PLEASE REFERENCE OUR FILE NUMBER AND INVOICE NUMBER ON CHECK
AND MAKE PAYABLE TO:

RIMKUS CONSULTING GROUP

CSAA_SMITH 0106