Claim: 1002-25-9499

**O/B call to Engineer**
Rec V/M from Engineer Lisa Holiday w/ Rimkus. She wanted to discuss her findings. Called her back @ 405-255-9567. Left V/M to call back or I will wait for her report to see her findings.
-Chad White Heckman (09/01/2017 01:12 PM)

**CCQ Review**
Awaiting engineers report. Engineer to inspect 09/01/17.
-Clorice Wesley (08/31/2017 08:06 AM)

**O/B call to Rimkus**
Rec V/M from Lisa Holiday w/ Rimkus. She explained she is going to try and inspect the property on Friday. Called her back @ 405-255-9567. I U/S and thanked for calling me for an update. I will wait for the report.
-Chad White Heckman (08/29/2017 01:38 PM)

**Action Plan**
Earthquake damage 1. Rec engineer report from Rimkus 2. Confirm COL 3. 7 day follow up ATL 9/28/17
-Chad White Heckman (08/28/2017 02:08 PM)

**O/B call to Rimkus Consulting**
O/B call to Rimkus Consulting @ 405-340-8034 to set up an earthquake loss. They will set up for an engineer to be assigned.
-Chad White Heckman (08/28/2017 02:01 PM)

**O/B call to insd**
O/B call to insd Mr. and Mrs. Smith @ 918-306-5098 to introduce myself as the OA and to go over the claims process. " Provided my contact info, explained claims process and set up engineer. " I explained they have a $6,071.05 deductible for earthquake coverage. " Insd said they have ceiling tiles that fell from the bathroom, sons bedroom and living room. There are cracks along the wall in her sons bedroom and then her wall in the living room is leaning.
-Chad White Heckman (08/28/2017 01:46 PM)

FNOL

CSAA_SMITH 0006



Claim: 1002-25-9499

\*\*\*\*\*\*\*SR. REFERRAL ACKNOWLEDGEMENT\*\*\*\*\*\*\* I have been assigned to handle this claim due to earthquake. - Make sure to reassign XA assignments to my name Make sure mold reserve is opened if applicable Make sure email has been captured if not ask for one - - \*\*\*\*LETTERS MAILED OUT\*\*\*\* Make sure ack letter was mailed out Mailed reassignment letter to insured Make sure additional time letter does not need to be sent Make sure settlement letter was sent if applicable - \*\*\*\* POLICY INFORMATION \*\*\*\*\* -Deductible: $1,000 -Earthquake Deductible: $6,071.05 HO 04 54 10 00 EARTHQUAKE (WITH VENEER COVERAGE) - DEDUCTIBLE: 5% -Policy Type: HO3 -Policy inception date: 2/17/10 -AAA Claims History: None -ISO Claims History: None - \*\*\*\*\*\*CONSTANT AND REPEATED LANGUAGE\*\*\*\*\*\*\* - N/A \*\*\*\*\* LOSS SUMMARY \*\*\*\*\* FNOL was filed by insured on 8/24/17 for a date of loss of 11/7/16. Insured reported they may have damage to her dwelling that is related to the earthquake. When the loss occurred ceiling tiles fell down. They lost power for 3 days and some items were shifted. Insured recently found more damage in her sons room. That is why she is now filing the claim. - No mitigation services were dispatched during the FNOL Conversation. Field Adjuster has not been assigned to perform the field inspection of the insured's home at this time. - Has subro referral been sent if applicable? N/A - \*\*\*\*PHOTO REVIEW\*\*\*\*\*\* -NA at this time. No inspection done yet.

-Chad White Heckman (08/28/2017 01:45 PM)

CCQ Review
Insured is claiming possible earthquake damage. OA to assign engineer for inspection.
-Clorice Wesley (08/28/2017 12:49 PM)

Claim Reassignment- earth movement
Reassigned claim to SCS Chad White Heckman due to earth movement.
-Clorice Wesley (08/28/2017 12:48 PM)

SENIOR REFERRAL:
Approved senior transfer for reported earthquake damage with the applicable endorsement.
-Danyel Holloway (08/28/2017 08:30 AM)

Senior Referral
Reason for Transfer: Earthquake/ Earth Movement Confirmed By and When: Still pending CCQ Identified: During FNOL Contractor(s) Involved: not yet Claim Summary:Earthquake that possibly occurred in her town. There was significant damage to in living room. Some ceiling tiles Payments to Date: non as of yet Pending: Engineer Inspection
-Rich Turnbull (08/28/2017 08:15 AM)

CSAA_SMITH 0007