




SMITH 27



PLAINTIFF'S EXHIBIT 6