

Rimkus Consulting Group, Inc.
609 South Kelly, Suite C-1
Edmond, OK 73003
(888) 611-7770 Telephone
(405) 340-8513 Facsimile
Certificate of Authorization No. 3201
Certification Expiration Date June 30, 2017

THE ORIGINAL OF THIS REPORT, SIGNED AND SEALED BY THE PROFESSIONAL WHOSE NAME APPEARS ON THIS PAGE, IS RETAINED IN THE FILES OF RIMKUS CONSULTING GROUP, INC.

# Report of Findings

**RESIDENCE STRUCTURAL EVALUATION**
Claim No: 1001677830

RCG File No: 22804211

Prepared For:

**AAA INSURANCE COMPANY
3100 QUAIL SPRINGS PARKWAY
OKLAHOMA CITY, OK 73134**

Attention:

**MR. ADRIAN CANTU**

[Seal: LICENSED PROFESSIONAL ENGINEER — TIMOTHY K. FRANCE 18958 OKLAHOMA   10/24/2016]

Timothy K. France, P.E.
Senior Consultant

September 24, 2016



PLAINTIFF'S EXHIBIT 7

CSAA_SMITH 0783

## Section II
## CONCLUSIONS

1. The magnitude 5.8 earthquake that occurred on September 3, 2016, whose epicenter was located approximately 112 miles northwest of the subject property in Pawnee, Oklahoma, resulted in instrumental intensity IV at the ▮▮▮ residential property and did not cause structural damage.

2. The cause of the damage to the interior floor and gypsum wallboard was attributed to:

   a) differential movement from poor construction of the floor framing,

   b) deterioration of the wood floor joists from long-term exposure to moisture, and

   c) spot CMU footings at grade and not below the frost level.



Rimkus Consulting Group, Inc.
609 South Kelly, Suite C-1
Edmond, OK 73003
(888) 611-7770 Telephone
(405) 340-8513 Facsimile
Certificate of Authorization No. 3201
Certification Expiration Date June 30, 2019

*THE ORIGINAL OF THIS REPORT, SIGNED AND SEALED BY THE PROFESSIONAL WHOSE NAME APPEARS ON THIS PAGE, IS RETAINED IN THE FILES OF RIMKUS CONSULTING GROUP, INC.*

# Report of Findings

**RESIDENCE STRUCTURAL EVALUATION**
Claim No: 1002224471

RCG File No: 22804617

Prepared For:

**CSAA INSURANCE COMPANY**
**3100 QUAIL SPRINGS PARKWAY**
**OKLAHOMA CITY, OK 73134**

Attention:

**MR. MARK COSTELLO**

Timothy K. France, P.E.
Senior Consultant

September 21, 2017

CSAA_SMITH 0989

## Section II
## CONCLUSIONS

1. The magnitude 5.8 earthquake that occurred on September 3, 2016 (the Event), located approximately 63 miles northwest of the subject property, resulted in instrumental intensity IV at the ▮ property and did not cause structural damage to the residence.

2. The residence was not cosmetically damaged by the recent seismic activity that occurred on September 3, 2016.

3. The rock masonry veneer was not damaged by the recent seismic activity that occurred on September 3, 2016. The damage observed was from temperature and moisture variations over time.

4. The cracking and/or separations in the kitchen floor tiles and grout were most likely caused by improper installation, and were not caused by the recent seismic activity that occurred on September 3, 2016.



Rimkus Consulting Group, Inc.
609 South Kelly, Suite C-1
Edmond, OK 73003
(888) 611-7770 Telephone
(405) 340-8513 Facsimile
Certificate of Authorization No. 3201
Certification Expiration Date June 30, 2017

*THE ORIGINAL OF THIS REPORT, SIGNED AND SEALED BY THE PROFESSIONAL WHOSE NAME APPEARS ON THIS PAGE IS RETAINED IN THE FILES OF RIMKUS CONSULTING GROUP, INC.*

# Report of Findings

### RESIDENCE EARTHQUAKE EVALUATION
Claim No: 1001653594

RCG File No: 22804174

Prepared For:

**AAA INSURANCE COMPANY**
**3100 QUAIL SPRINGS PARKWAY**
**OKLAHOMA CITY, OK 73134**

Attention:

**MR. ADRIAN CANTU**

[Seal: LICENSED PROFESSIONAL TIMOTHY K. FRANCE 18958 OKLAHOMA]
10-7-2016

Timothy K. France, P.E.
Senior Consultant

October 7, 2016

CSAA_SMITH 0238

## Section II
## CONCLUSIONS

1. The magnitude 5.8 earthquake that occurred on September 3, 2016, located approximately 45 miles northwest of the subject property, resulted in instrumental intensity IV at the _____ residential property and was not the cause of Loss.

2. The reported Loss of gypsum wallboard cracking and shifting blocks of the masonry foundation of the residence was caused by long-term soil movements.

3. The origin of the Loss was poor design of the residence's foundation:

   a) The construction of the masonry foundation walls,

   b) Two separate foundations for the same building, and

   c) Interior piers and footings.



Rimkus Consulting Group, Inc.
609 South Kelly, Suite C-1
Edmond, OK 73003
(888) 611-7770 Telephone
(405) 340-8513 Facsimile
Certificate of Authorization No. 3201
Certification Expiration Date June 30, 2017

*THE ORIGINAL OF THIS REPORT, SIGNED AND SEALED BY THE PROFESSIONAL WHOSE NAME APPEARS ON THIS PAGE, IS RETAINED IN THE FILES OF RIMKUS CONSULTING GROUP, INC.*

# Report of Findings

### RESIDENCE STRUCTURAL EVALUATION
### Claim No: 1001659335

### RCG File No: 22804190

### Prepared For:

### AAA INSURANCE COMPANY
### 3100 QUAIL SPRINGS PARKWAY
### OKLAHOMA CITY, OK 73134

### Attention:

### MR. ADRIAN CANTU

[Seal: LICENSED PROFESSIONAL ENGINEER TIMOTHY K FRANCE 18958 OKLAHOMA]
10/20/2016

Timothy K. France, P.E.
Senior Consultant

October 20, 2016

CSAA_SMITH 0415

# Section II
# CONCLUSIONS

1. The magnitude 5.8 earthquake that occurred on September 3, 2016, located approximately 46 miles west northwest of the subject property, resulted in instrumental intensity IV at the          residential property and was not the cause of Loss.

2. The reported Loss of gypsum wallboard cracking and cracked concrete floor slab was caused by internal loss of bearing of the concrete floor slab, and to a lesser extent long-term differential foundation movement related to cyclical soil moisture changes.

3. The origin of the Loss was from poor design and/or construction of the floor slab and volumetric soil changes from soil moisture variations over-time.



Rimkus Consulting Group, Inc.
609 South Kelly, Suite C-1
Edmond, OK 73003
(888) 611-7770 Telephone
(405) 340-8513 Facsimile
Certificate of Authorization No. 3201
Certification Expiration Date June 30, 2017

*THE ORIGINAL OF THIS REPORT, SIGNED AND SEALED BY THE PROFESSIONAL WHOSE NAME APPEARS ON THIS PAGE, IS RETAINED IN THE FILES OF RIMKUS CONSULTING GROUP, INC.*

# Report of Findings

### ███ RESIDENCE STRUCTURAL EVALUATION
### Claim No: 1001661127

**RCG File No: 22804181**

**Prepared For:**

**AAA NORTHERN CALIFORNIA, NEVADA & UTAH**
**P.O. BOX 24524**
**OAKLAND, CA 94623**

**Attention:**

**MR. RONY MEDRANO**

*[Seal: Licensed Professional Engineer, Timothy K. France, 18953, Oklahoma]*
10/11/2016

Timothy K. France, P.E.
Senior Consultant

October 11, 2016

CSAA_SMITH 0445

## Section II
## CONCLUSIONS

1. The magnitude 5.8 earthquake that occurred on September 3, 2016, located approximately 39 miles northwest of the subject property, resulted in instrumental intensity IV at the ■■■ residential property and did not cause damage to the residence.

2. The reported Loss of gypsum wallboard cracking and cracked concrete floor slab was caused by:

    a) internal loss of bearing of the concrete floor slab and

    b) to a lesser extent differential foundation movement related to cyclical soil moisture changes.

3. The origin of the Loss was from poor design and/or construction of the floor slab and volumetric soil changes from soil moisture variations over-time.



Rimkus Consulting Group, Inc.
609 South Kelly, Suite C-1
Edmond, OK 73003
(888) 611-7770 Telephone
(405) 340-8513 Facsimile
Certificate of Authorization No. 3201
Certification Expiration Date June 30, 2017

*THE ORIGINAL OF THIS REPORT, SIGNED AND SEALED BY THE PROFESSIONAL WHOSE NAME APPEARS ON THIS PAGE, IS RETAINED IN THE FILES OF RIMKUS CONSULTING GROUP, INC.*

# Report of Findings

## ■ RESIDENCE STRUCTURAL EVALUATION
### Claim No: 1001963063

RCG File No: 22804453

Prepared For:

AAA CALIFORNIA INSURANCE COMPANY
P.O. BOX 24523
OAKLAND, CA 94623

Attention:

**MS. DANIELLE GIUSTI**

Timothy K. France, P.E.
Senior Consultant

April 27, 2017

CSAA_SMITH 0654

## Section II
## CONCLUSIONS

1. The magnitude 5.0 earthquake that occurred on November 7, 2016, the epicenter of which was located approximately 39 miles southwest of subject property, and the 5.8 earthquake, the epicenter of which was located 42 miles northwest of the subject property, both resulted in instrumental intensity VI at the subject property and

   a) did not cause structural damage to the residence, and

   b) did not cause damage to the interior or exterior finishes of the residence.

2. The origin of the damage to the interior and exterior finishes was caused by:

   a) differential movement of the foundation over time, and

   b) to a lesser extent, thermal, moisture intrusion, and/or hygrometric fluctuations from cyclical environmental conditions resulting in expansion and/or contraction of the materials over time.

April 27, 2017
RCG File No. 22804453

Page 2