

Rimkus Consulting Group, Inc.
609 South Kelly, Suite C-1
Edmond, OK 73003
(888) 611-7770 Telephone
(405) 340-8513 Facsimile
Certificate of Authorization No. 3201
Certification Expiration Date June 30, 2019

# Report of Findings

**RESIDENCE STRUCTURAL EVALUATION**
Claim No: 1002376542

RCG File No: 22804731

**Prepared For:**

**CSAA INSURANCE**
**P.O. BOX 24523**
**OAKLAND, CA 94623**

**Attention:**

**MS. LAURA MILLER**

Lisa M Holliday
Digitally signed by: Lisa M Holliday
DN: CN = Lisa M Holliday C = US O = IdenTrust ACES Unaffiliated Individual
Date: 2017.12.07 11:19:25 -06'00'



**Lisa M. Holliday, P.E., Ph.D.**
**Engineering Number 24558**
**Senior Consultant**



PLAINTIFF'S EXHIBIT 8

December 7, 2017

CSAA_SMITH 0529

## Section II
## CONCLUSIONS

1. The magnitude 3.7 earthquake that occurred on or around September 4, 2017, the epicenter of which was located near Luther, Oklahoma (more than 15 miles away), resulted in instrumental intensity IV at the epicenter and III at the subject residential property and did not damage to the residential property.

2. The damage observed to the wall and floor tiles was from a combination of differential foundation movement, related to natural volumetric soil changes from soil moisture variations over time, and the long-term deflection of the wood framing components (creep).

3. The presence of previously repaired cracks that have since reopened indicated that the cause of the cracks predated the earthquake and was on-going.

CSAA_SMITH 0532

CSAA_SMITH 0619



Rimkus Consulting Group, Inc.
609 South Kelly, Suite C-1
Edmond, OK 73003
(888) 611-7770 Telephone
(405) 340-8513 Facsimile
Certificate of Authorization No. 3201
Certification Expiration Date June 30, 2019

# Report of Findings

**RESIDENCE STRUCTURAL EVALUATION**
Claim No: 1002474057

RCG File No: 22804791

Prepared For:

AAA CALIFORNIA INSURANCE COMPANY
P.O. BOX 24523
OAKLAND, CA 94623

Attention:

MS. DANIELLE GIUSTI



Digitally signed by: Lisa M Holliday
Date: 2018.01.23 13:31:41 - 06'00'

**Lisa M. Holliday, P.E., Ph.D.**
Engineering Number 24558
Senior Consultant

January 23, 2018

## Section II
## CONCLUSIONS

1. The cause of the damage observed to residence was from differential foundation movement related to volumetric soil changes from soil moisture variations over time.

2. The damage was not caused by forces generated by an earthquake.