IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SEAN SMITH and CRYSTAL SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-17-1302-D |
| | ) | |
| CSAA FIRE AND CASUALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR PARTIAL
## SUMMARY JUDGMENT AND SUPPORTING BRIEF
## TABLE OF CONTENTS AND AUTHORITIES

Respectfully submitted,

Gerard F. Pignato, OBA No. 11473
R. Greg Andrews, OBA No. 19037
Dixie A. Craven, OBA No. 31528
PIGNATO, COOPER, KOLKER &ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma  73102
Telephone:   405-606-3333
Facsimile:    405-606-3334
Email: jerry@pclaw.org
          greg@andrews.law
          dixie@pclaw.org
**ATTORNEYS FOR DEFENDANT, CSAA
  FIRE AND CASUALTY INSURANCE
  COMPANY**

January 24, 2019

## TABLE OF CONTENTS

TABLE OF CONTENTS.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

TABLE OF AUTHORITIES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii, iii

BRIEF IN SUPPORT.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

FACTUAL BACKGROUND.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF MATERIAL, UNDISPUTED FACTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ARGUMENTS AND AUTHORITIES.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    PROPOSITION I:    SUMMARY JUDGMENT STANDARD... . . . . . . . . . . . . . . . 12

    PROPOSITION II:    THE UNDISPUTED FACTS DEMONSTRATE, AS A MATTER OF LAW, THAT CSAA'S INVESTIGATION OF PLAINTIFFS' EARTHQUAKE CLAIM WAS REASONABLE.. . . . . . . . . . . . . . . . . . . . . . . . . 12

    PROPOSITION III:    PLAINTIFFS' PUNITIVE DAMAGE CLAIM FAILS AS THE UNDISPUTED FACTS LACK EVIDENCE OF "RECKLESS DISREGARD.". . . . . . . . . . . . . . . . . . . . . . . 17

    PROPOSITION IV:    EVIDENCE OF ENGINEERING REPORTS FROM OTHER CLAIMS NOT INVOLVED IN THIS LAWSUIT CANNOT BE INTRODUCED AS EVIDENCE OF BAD FAITH. . . . . . . 18

        A.    **Evidence of Other Rimkus Reports is Irrelevant to Plaintiffs' Bad Faith Claim**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

        B.    **Even if the Other Rimkus Reports are Relevant, Their Probative Value is Substantially Outweighed by Unfair Prejudice, Confusion of the Issues, Misleading the Jury, and Undue Delay**. . . . 20

        C.    **Evidence of Other Reports is Inadmissible Evidence of Unrelated Conduct**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

        D.    **If this Court Determined that the Other Reports are Admissible, Only Those Reports CSAA had at the Time Performance was Requested in this Case are Relevant**. . . . . . . . . . . . . . . . . . . . . 23

        E.    **Evidence of Other Reports is Inadmissible Hearsay**. . . . . . . . . . . . . 24

CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

# TABLE OF AUTHORITIES

## Cases

*Anderson v. Liberty Lobby*,
477 U.S. 242 (1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Badillo v. Mid Century Ins. Co.,*
121 P.3d 1080, 2005 OK 48,. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 14, 18

*Birdsell v.Birdsell*,
671 P.2d 80, 1983 OK CIV APP 41. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Black v. M & W Gear Co.*,
269 F.3d 1220 (10th Cir. (Okla.) 2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Buzzard v. McDanel*,
736 P.2d 157, 1987 OK 28.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 16, 18

*Cardoso v. Calbone*,
490 F.3d 1194 (10th Cir. 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Celotex Corp. v. Catrett*,
477 U.S. 317 (1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Christian v. American Home Assur. Co.*,
577 P.2d 899 (Okla. 1977). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 19

*City Nat'l Bank and Trust Co. v. Jackson Nat'l Life Ins.*,
804 P.2d 463, 1990 OK CIV APP 89. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*Coletti v. Cudd Pressure Control*,
165 F.3d 767 (10th Cir. 1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Frank v. Mayberry*,
985 P.2d 773, 1999 OK 63.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Garnett v. Government Employees Ins. Co.*,
186 P.3d 935 (Okla. 2008). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Greenberg v. Service Business Forms Industries, Inc.*,
882 F.2d 1538 (10th Cir. (Okla.) 1989). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Lewis v. Farmers Ins. Co., Inc.*,
681 P.2d 67 (Okla. 1983). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*McCorkle v. Great Atlantic Insurance Co.,*
    637 P.2d 583, 1981 OK 128. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Navarez v. State Farm Mut. Auto. Ins. Co.,*
    989 P.2d 1051, 1999 OK CIV APP 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Owens v. State,*
    229 P.3d 1261, 2010 OK CR 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

*Porter v. Oklahoma Farm Bureau Mut. Ins. Co.,*
    330 P.3d 511, 2014 OK 50 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23, 24

*Roberts v. State Farm Mut. Auto,*
    61 Fed.Appx. 587, 2003 WL 1559155, (10th Cir. Mar. 26, 2003). . . . . . . . . . . . . . . . . . 16

*Rodebush by and through Rodebush v. Oklahoma Nursing Homes, Ltd.,*
    867 P.2d 1241, 1993 OK 160.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Sides v. John Cordes, Inc.,*
    981 P.2d 301, 1999 OK 36.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Skinner v. John Deere Ins. Co.,*
    998 P.2d 1219, 2000 OK 18.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 14

*Willis v. Midland Risk Ins. Co.,*
    42 F.3d 607 (10th Cir. 1994).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

*Wilson v. Muckala,*
    303 F.3d 1207 (10th Cir. 2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22. 23

## Other Authorities

Fed. R. Civ. P. 56.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 12

Fed.R.Evid. Rule 401. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 22

Fed.R.Evid. Rule 403. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 22

Fed.R.Evid. Rule 404 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Local Civil Rule 56.1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

23 O.S. § 9.1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Respectfully submitted,


s/ Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
R. Greg Andrews, OBA No. 19037
Dixie A. Craven, OBA No. 31528
PIGNATO, COOPER, KOLKER &ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma  73102
Telephone:   405-606-3333
Facsimile:    405-606-3334
Email:  jerry@pclaw.org
          greg@andrews.law
          dixie@pclaw.org
ATTORNEYS FOR DEFENDANT, CSAA
   FIRE AND CASUALTY INSURANCE
   COMPANY




**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven S. Mansell, Esquire
Mark A. Engel, Esquire
Kenneth G. Cole, Esquire
M. Adam Engel, Esquire


s/ Gerard F. Pignato
For the Firm