# EXHIBIT  1

IN THE UNITED STATES DISTRICT COURT OF

FOR THE WESTERN DISTRICT OF OKLAHOMA


SEAN SMITH and CRYSTAL          )
SMITH,                          )
                                )
            Plaintiffs,         )
VS.                             )      Case No. 5:17-cv-1302D
                                )
CSAA FIRE & CASUALTY            )
INSURANCE COMPANY,              )
                                )
            Defendant.          )


DEPOSITION OF CHAD WHITE HECKMAN

TAKEN ON BEHALF OF THE PLAINTIFF

IN OKLAHOMA CITY, OKLAHOMA

ON OCTOBER 23, 2018


REPORTED BY:  SUSAN J. FENIMORE, CSR, RPR

Page 163

1  before?

2      A    I don't believe so.

3      Q    You know, it's -- how did you get the name

4  Rimkus Engineering then?

5      A    In the senior position we had a list of

6  different companies and we had their names and then

7  notches there, so if they were used, then we'd go to

8  the next one.  And we just kept doing that to keep

9  using different companies and experts, as long as

10  they were available or in that state.  Because some

11  states, if they were next in line, they might not be

12  in that state, so then we'd maybe have to skip them.

13  But we would try to move it, you know, continuously

14  changing.

15      Q    Where is this list at?  Is it like on a dry

16  erase board somewhere?

17      A    Yeah, it was just a piece of paper that

18  just the senior -- because the senior adjusters sat

19  together, so it was a little list that they kept for

20  each other just to make sure we're going through in

21  different experts or people that we're using.

22      Q    How many names were on the list?

23      A    I know that there were four.  I can't

24  remember two of the names.  I know that Rimkus was on

25  there and Donan, but I don't know the other two.  I