# EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEAN SMITH and CRYSTAL SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>CSAA FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No: 5:17-cv-01302-D |

## PLAINTIFFS' FINAL WITNESS LIST

Pursuant to the Scheduling Order [Doc. No. 29], the following is Plaintiffs' Final List of Witnesses:

| No. | Name and Address | Testimony |
|---|---|---|
| 1. | Sean Smith<br>c/o Mansell Engel & Cole<br>204 N. Robinson, 21st Floor<br>Oklahoma City, OK 73102 | Knowledge of facts relating to loss and damages, purchase of insurance policy, denial of claim and damages, work related to loss and damages, inspection of property, investigation and handling of claim, scope, amount and cause of damages, and insurance coverage. |
| 2. | Crystal Smith<br>c/o Mansell Engel & Cole<br>204 N. Robinson, 21st Floor<br>Oklahoma City, OK 73102 | Knowledge of facts relating to loss and damages, purchase of insurance policy, denial of claim and damages, work related to loss and damages, inspection of property, investigation and handling of claim, scope, amount and cause of damages, and insurance coverage. |

| | | |
|---|---|---|
| 3. | Lisa Holliday<br>Rimkus Engineer<br>c/o R. Greg Andrews<br>Pignato, Cooper, Kolker & Roberson, P.C.<br>Robinson Renaissance Building<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | As per deposition – her inspection, estimate, photographs, and report of damage to Plaintiffs' home, knowledge of estimate, condition of the home, Rimkus' claim procedures and practices, her experience and knowledge regarding earthquakes, Oklahoma Insurance Commission publications, and engineering experience and qualifications. |
| 4. | Cindi L. Miles<br>Independent Property Adjuster<br>9101 College Avenue<br>Guthrie, OK 73044 | Defendant's expert to be deposed. Anticipated testimony regarding inspection of Plaintiffs' home, knowledge of earthquake damage, determination of damage to Plaintiffs' home, and cost of repairs. |
| 5. | Chad White Heckman<br>CSAA Fire and Casualty Insurance Co.<br>c/o R. Greg Andrews<br>Pignato, Cooper, Kolker & Roberson, P.C.<br>Robinson Renaissance Building<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Knowledge of Defendant's claim policies, practices, guidelines, and procedures, handling and denial of Plaintiff's claim, the investigation of Plaintiffs' claim, his knowledge of Defendant's use of engineers to investigate earthquake claims, the investigation and determination made by Rimkus Engineering, and Plaintiffs' insurance coverage. |
| 6. | David Battle<br>PreConstruction Services, Inc.<br>2512 W. Interstate 44 Service Rd.<br>Oklahoma City, OK 73112 | Defendant's expert witness. As per deposition–his report, estimate, photographs of damage to Plaintiffs' home, his communication with Stephen Ford regarding their respective reports, findings, revisions, and conclusions, and his expert experience and qualifications. |

| | | |
|---|---|---|
| 7. | J. Stephen Ford, Ph.D., P.E.<br>ZFI Engineering Co.<br>8411 S. Walker Ave.<br>Oklahoma City, OK 73139 | Defendant's expert witness to be deposed. His report, inspection, estimate, and photographs of damage to Plaintiffs' home, the condition of the home, his communications with David Battle regarding their respective reports, findings, revisions, and conclusions, and his expert experience and qualifications. |
| 8. | Barbara and John Fox<br>c/o Mansell Engel & Cole<br>204 N. Robinson, 21st Floor<br>Oklahoma City, OK 73102 | Knowledge of the use of Rimkus Engineering to deny their insurance claim. |
| 9. | Donna Iser<br>c/o Mansell Engel & Cole<br>204 N. Robinson, 21st Floor<br>Oklahoma City, OK 73102 | Knowledge of the use of Rimkus Engineering to deny her insurance claim. |
| 10. | Sean Wiley<br>21312 State Highway 76<br>Blanchard, OK 73010 | Plaintiffs' expert rebuttal witness. Professional construction and restoration expert to testify regarding the expert report of David Battle on cost of repairs to Plaintiffs' home. |
| 11. | Defendant CSAA 30(B)(6) Witnesses<br>CSAA Fire and Casualty Insurance Co.<br>c/o R. Greg Andrews<br>Pignato, Cooper, Kolker & Roberson, P.C.<br>Robinson Renaissance Building<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Corporate representative(s) to testify on subjects specified in Plaintiffs' Notice of 30(B)(6) Deposition [Doc. 39] including, but not limited to, Defendant's earthquake claim handling, training, and guidelines, the criteria for selecting engineers, and the applicability of unfair claims settlement practices act, Defendant's claim status and premiums collection in Oklahoma, and calculation of Defendant's net worth for the past three years. |

| 12. | Tim France<br>Rimkus Engineer<br>c/o R. Greg Andrews<br>Pignato, Cooper, Kolker & Roberson, P.C.<br>Robinson Renaissance Building<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | As per deposition – his inspection, estimate, photographs, and report of damage to Plaintiffs' home, knowledge of estimate, condition of the home, Rimkus' claim procedures and practices, his experience and knowledge regarding earthquakes, Oklahoma Insurance Commission publications, and engineering experience and qualifications. |
|---|---|---|
| 13. | Any witnesses necessary for rebuttal not otherwise objected to by Plaintiffs. | |
| 14. | Any witnesses listed by Defendant not otherwise objected to by Plaintiffs. | |
| 15. | Plaintiffs reserve the right to supplement its Witness List as discovery is ongoing. | |

**MANSELL ENGEL & COLE**

By: <u>M. Adam Engel</u>
   Steven S. Mansell, OBA #10584
   Mark A. Engel, OBA #10796
   Kenneth G. Cole, OBA #11792
   M. Adam Engel, OBA #32384
   204 North Robinson Avenue, 21st Floor
   Oklahoma City, OK 73102-7001
   T: (405) 232-4100 ** F: (405) 232-4140
   Firm E-mail: mec@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@pclaw.org)
R. Greg Andrews (greg@andrews.law)
Dixie A. Craven (dixie@pclaw.org)

**ATTORNEYS FOR DEFENDANT –
CSAA FIRE AND CASUALTY INSURANCE**

               s/Adam M. Engel

## Catherine Storton

| | |
|---|---|
| **From:** | Federal Emails |
| **Sent:** | Wednesday, November 21, 2018 3:46 PM |
| **To:** | Brad Roberson; Catherine Storton |
| **Subject:** | FW: Activity in Case 5:17-cv-01302-D Smith et al v. CSAA Fire and Casualty Insurance Company et al Witness List |

**From:** okwd_ecf_notice@okwd.uscourts.gov
**Sent:** Wednesday, November 21, 2018 3:47:06 PM (UTC-06:00) Central Time (US & Canada)
**To:** okwdecf@okwd.uscourts.gov
**Subject:** Activity in Case 5:17-cv-01302-D Smith et al v. CSAA Fire and Casualty Insurance Company et al Witness List

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Western District of Oklahoma[LIVE]

## Notice of Electronic Filing

The following transaction was entered by Engel, M on 11/21/2018 at 3:47 PM CST and filed on 11/21/2018

**Case Name:** Smith et al v. CSAA Fire and Casualty Insurance Company et al
**Case Number:** 5:17-cv-01302-D
**Filer:** Crystal Smith
Sean Smith
**Document Number:** 41

**Docket Text:**
**Witness List *Final* by Plaintiffs Crystal Smith, Sean Smith. (Engel, M)**

**5:17-cv-01302-D Notice has been electronically mailed to:**

Dixie A Craven     dixie@pclaw.org, cheri@pclaw.org

Gerard F Pignato     jerry@pclaw.org, federal@pclaw.org, lisac@pclaw.org

Kenneth G Cole     kcole@meclaw.net, cknowles@meclaw.net

M Adam Engel     aengel@meclaw.net, cknowles@meclaw.net, hharp@meclaw.net, lpowers@meclaw.net

Mark A Engel     mengel@meclaw.net, cknowles@meclaw.net, hharp@meclaw.net

1

Matthew K Felty (Terminated)    mkfelty@lytlesoule.com, schuler@lytlesoule.com

Michael C Felty (Terminated)    felty@lytlesoule.com, schuler@lytlesoule.com

R Greg Andrews    greg@andrews.law

Steven S Mansell    smansell@meclaw.net, hharp@meclaw.net

**5:17-cv-01302-D Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041971380 [Date=11/21/2018] [FileNumber=3892616-0] [72154e97d58fa26c935c01a956512b310c34056b4c69e3381f14d13aff7003d6f9 5661ad83d87c6e14974375d98b1ee5cf3c0d8d1638e8c3fd4bb28955415702]]