# EXHIBIT 3

**Sarah A. Ramsey**

**Subject:**                    FW: Smith: Wiley Deposition

**From:** Adam Engel [mailto:aengel@meclaw.net]
**Sent:** Tuesday, January 08, 2019 3:51 PM
**To:** Gerard Pignato PCL <jerry@rkcglaw.com>; Greg Andrews <greg@andrews.law>
**Subject:** RE: Smith: Wiley Deposition

Jerry – You should know that our firm intends on calling Mr. Battles at trial. He is on our final witness list.  It sounds like this will likely become a subject of at least one pretrial motion.  Regardless of what happens down the road, I want you to know you have opportunity to take his deposition after today.  If you desire to do so, feel free to provide me with dates.

Adam Engel, Attorney
**Mansell Engel & Cole**
204 N. Robinson Avenue - 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
Email:  AEngel@meclaw.net
Webpage:  www.theinsuranceattorneys.com

1