# EXHIBIT 4






**SMITH 19**