

PLAINTIFF'S EXHIBIT 2