

**PRE CONSTRUCTION SERVICES, INC.**

2512 W. INTERSTATE 44 SERVICE ROAD-OKLAHOMA CITY, OK 73112
VOICE: 405.722.5800 FAX: 405.602.3863 www.preconstructionservices.com

## Initial Cost Report

August 23, 2018

Mr. R. Greg Andrews
Robinson Renaissance, 11th Floor
119 N. Robinson
Oklahoma City, OK 73106

Re: Smith Residence – 314 8th Street– Cushing, OK

Dear Mr. Andrews,

On April 20, 2018, I made a site visit along with yourself, we met and made a walk-through to tour the issues to the Smith Residence in Cushing, Oklahoma. Also present was Mr. Steve Ford. PE, PHD, representing ZFI Engineering, Inc. and the opposing Attorney, Mr. Adam Engel of Mansell, Engel and Cole Law Firm, to observe and take photographs of the damage issues. During the site visit, I made observations and familiarized myself with the site.

## Site Observations:

During my site visit, I took 67 photos (photos can be supplied upon request). I started my observations with the direction of Mr. Ford of ZFI Inc. Mr. Ford had difficulties distinguishing between an aged structure, deferred maintenance and possible earthquake damage. It was difficult to see and plaster cracking in the walls, since the walls were incapsulated with plywood paneling. Most of the ceilings were incapsulated with acoustical tile, making it difficult as well, to observe any ceiling plaster cracking.

The carpet was pulled back, to observe the cracking in the northeast bedroom concrete floor. Steve Ford recommended digging from the outside, for the depth of the footing. Both of us excavated in two locations: 1) The north wall of the Northeast bedroom

**Plaintiffs' Ex. 1**

addition and 2) The east wall of the living room. The bedroom appeared to have no foundation footing, and the living room foundation consisted of masonry stone rubble, approximately 10" below the wood plate. Mr. Ford looked into the attic through the kitchen ceiling access scuttle and under the house, through the master bedroom closet floor access.

Based on Mr. Ford's findings, the earthquake damage he could visibly observe, was four (4) to six (6) brick column supports, supporting the floor structure under the house, were partially dislodged. I observed 171 photos Mr. Ford supplied to me from our site visit on April 20th. Since Mr. Ford was the only person from our site visit who crawled under the house, I reviewed the photos he produced showing the dislodged brick pilasters.

## Estimate Methodology:

Before attending the site visit, I reviewed the Rimkus Consulting Group Inc. – Ms. Lisa M. Holliday, PE, PHD Report, to familiarize myself with the background of issues of the structural failures. On page 3 of her Report, Ms. Holliday mentioned that the Smith's stated "the front door would not close, and they replaced it." Other than the door, I could not find any other items from her report for me to estimate.

Mr. Ford relayed to me the issues with the brick pilasters under the house. I discussed with Mr. Ford, the difficulties of accessing to repair the brick pilasters. Mr. Ford suggested I need to estimate the cost of accessing the floor by pulling back the carpet and cutting two holes in the wood floor system either side of the north/south running floor beam, for personnel access, materials and equipment. These access points would most likely be in the living room and one of the bedrooms.

Once the access is made, it would be necessary to shore the structure and then remove and clean the bricks for proper replacement with new mortar. The estimate also includes the subfloor repair, the patching of hardwood flooring and staining finish. The carpet would be relayed as well.

It is my understanding that the goal is to perform the repairs as quickly as possible to minimize the Smith's interruption.

## Documents supplied to my firm were the following:
ZFI findings as described above
Rimkus Consulting Group, Inc. Report of Findings– dated 09.18.2017

## Additional work not included in the cost estimate:

    1) Costs for Rentals, Lodging during the repairs for the Smith Residences
    2) Costs for removal, storage, and replacement of loose furnishings.

## Opinions:

The Cost Estimate provided with this Report is based on conclusions of the ZFI findings and opinion of repairs along with my own visual observations and experience.

## Facts and Data:

The unit Costs are based on: Gordian - R.S. Means 2018 Residential Cost Data 37th annual edition.

## Conclusion:

This is my "Initial Cost Report," and I reserve the right to further clarify/modify my estimate after review of any further analysis or any other supplemental reports, depositions or other engineering information, if provided, relating to this case after the date of this Cost Report.

### Repair Estimate, as described above:

Estimate..................................................................$8,523

Total:..................................................................$8,523

(See attached for breakdown.)

### QUALIFICATIONS + AFFILIATIONS
B.S. DEGREE ENGINEERING TECHNOLOGY-OKLAHOMA STATE UNIVERSITY 1976
A.S. DEGREE CONSTRUCTION MANAGEMENT TECHNOLOGY-OKLAHOMA STATE UNIVERSITY 1976
MECHANICAL & ELECTRICAL ESTIMATING – R.S. MEANS CERTIFIED 2000
FACILITIES ESTIMATING SEMINAR –R.S. MEANS 2000
DESIGN AND CONSTRUCTION COMMITTEE-OKLAHOMA CITY MEMORIAL 1995-1998
AMERICAN SOCIETY OF PROFESSIONAL ESTIMATORS-CPE CERTIFIED 2005
CHARTER MEMBER ASPE OKLAHOMA CITY-LANDRUN CHAPTER 80
ASPE-OKLAHOMA CITY-LANDRUN CHAPTER 80 – PRESIDENT 2008-2011
ASPE-OKLAHOMA CITY-LANDRUN CHAPTER 80 – MEMEBERSHIP-CHAIR 2013-PRESENT
ASPE-NATIONAL INDUSTRY AWARENESS COMMITTEE-CHAIR 2011-2013
ASPE-NATIONAL MEMBERSHIP COMMITTEE-CHAIR 2013-2014
ASPE-NATIONAL AWARDS COMMITTEE-CHAIR 2014-2017
ASPE-NATIONAL CERTIFICATION COMMITTEE-CHAIR 2018-PRESENT
BILL GLASS CHAMPIONS FOR LIFE-PRISION MINISTRY TEAMATE
CENTRAL OKLAHOMA – AIA AFFILIATE MEMBERSHIP 2000-PRESENT
CERT-CONSULTING ESTIMATORS ROUNDTABLE 2015-PRESENT -
CERT-CONSULTING ESTIMATORS ROUNDTABLE - NATIONAL PRESIDENT 2018-PRESENT

**List of Publications authored by Witness:**
EXPERT WITNESS: QUESTIONS TO ANSWER BEFOREHAND
MAY/JUNE 2018 "DCD MAGAZINE" PAGE 56

PARALLEL ESTIMATES AS A MONEY-SAVING PRACTICE
NOV./DEC. 2016 "DCD MAGAZINE" PAGE 10

BIM UPDATE-NATIONAL INSTITUTE OF BUILDING SCIENCES CONVENTION
APRIL 2013 "ESTIMATING TODAY" PAGE 21

THE "BUZZWORDS" of BIM
APRIL 2012 "ESTIMATING TODAY" PAGE 23

CERTIFIED BIM ESTIMATORS?
MARCH 2013 "ESTIMATING TODAY" PAGE 6

MEMBER PROFILE-NATIONAL INDUSTRY AWARENESS COMMITTEE CHAIR – SOUTHWEST REPRESENTATIVE
DECEMBER 2011 "ESTIMATING TODAY" PAGE 6

INDUSTRY AWARENESS – ESTIMATING & BIM
OCTOBER 2011 "ESTIMATING TODAY" PAGE 9

# LITIGATION COSTING PAST 4 YEARS:

| | | |
|---|---|---|
| ROSS WEAVER & ALEXANDRA STANKUS VS. S and D HOMES YUKON, OK **DEPOSITION/SETTLED** | 2018 FOUNDATIONS AND WEEP HOLE ISSUES | FOSHEE & YAFFE OKLAHOMA CITY.OK |
| BEST WESTERN PLUS 508 EAST MAIN ST. CUSHING, OK | 2017 FOUNDATION ISSUES | MARVIN LAWS, P.C. MUSTANG, OK |
| BIRD RESIDENCE 700 CABELLA COURT NORMAN, OK **DEPOSITION SETTLED** | 2016 WATER ISSUES | CARTCART DOOLEY OKLAHOMA CITY, OK |
| TIMBERLAKE CONSTRUCTION vs NN PROPERTIES CJ-2015-1312 OKLAHOMA COUNTY **DEPOSITION** | 2016 PUNCHLIST ISSUES | DENTON LAW FIRM MUSTANG, OK |
| WMATA-TRANSIT CENTER SILVER SPRING, MARYLAND **DEPOSITION SETTLED** | 2016 LIFE CYCLE COSTS | AKIN, GUMP, STRAUSS HAUER & FELD LLP |

4

| | | |
|---|---|---|
| 4900 CORONADO BRIDGE COURT<br>FOUNDATION FAILURE<br>EDMOND, OK<br>**SETTLED** | 2016<br>FOUNDATION ISSUES | HARRISON & MECKLENBERG<br>LAW FIRM – KINGFISHER, OK |
| REPLACE WALKER RES.<br>TUTTLE , OK | 2016<br>TORNADO DAMAGE | GIVENS LAW FIRM<br>OKLAHOMA CITY |
| STRATFORD v. FOOTLOCKER<br>7307 NORTH MacARTHUR<br>OKLAHOMA CITY<br>**SETTLED** | 2016<br>BUILDING REPLACE | McAFEE & TAFT , P.C.<br>OKLAHOMA CITY, OK |
| HAYS VS. FARMERS<br>CLINTON, OK | 2016<br>REVIEW ESTIMATE | FRAILEY, CHAFFIN, CORDELL<br>PERRYMAN & STERKEL<br>CHICKASHA, OK |
| FRANK LOVE RESIDENCE<br>NICHOLS HILLS, OK<br>**SETTLED** | 2015<br>FIRE ESTIMATE<br>INS. REVIEW | LOVE'S STORES |
| ROSSCO V. CHECOTAH<br>CHECOTAH HIGH SCHOOL<br>CHECOTAH, OK.<br>**DEPOSITION/SETTLED** | 2014<br>ESTIMATING<br>EXCAVATION | STEIDLEY & NEAL<br>TULSA, OK |
| WALLING RESIDENCE<br>3808 MANNING RD.<br>EL RENO, OK<br>**1-DEPOSITION** | 2014<br>ESTIMATING<br>TORNADO DAMAGE | HELMS & GREENE, LLC<br>OKLAHOMA CITY, OK |
| WOMBLE RESIDENCE<br>1817 GUILFORD LANE<br>NICHOLS HILLS, OK | 2014<br>ESTIMATING<br>WATER DAMAGE | HELMS & GREENE, LLC<br>OKLAHOMA CITY, OK |
| GAINES vs TIMBERCRAFT HOMES<br>EDMOND, OK<br>**SETTLED** | 2014<br>ESTIMATING | ANDREW KARIME<br>OKLAHOMA CITY, OK |
| LECLEREC RESIDENCE<br>5715 HARPER CREEK TRAIL<br>EDMOND, OK<br>**2-DEPOSITIONS**<br>**ARBITRATION WITNESS** | 2014<br>ESTIMATING<br>MASONRY/STUCCO/<br>DRYWALL/ROOFING<br>ISSUES | WHEELER, WHEELER,<br>MORGAN, FAULKNER &<br>BROWN |
| WESTERN HEIGHTS VS<br>KB CONSTRUCTION, INC.<br>CASE NO. CJ-2011-7230<br>OKLAHOMA COUNTY<br>**SETTLED** | 2014<br>ESTIMATING<br>ROOF REPAIR | BROWN & BROWN, PC<br>OKLAHOMA CITY |

5

Statement of Compensation in this case:

Estimating services, meetings, site visits and travel time: $120 per hour
Depositions and Prep: $140 per hour
Court Witness, Arbitration Witness and prep: $150

*(rates are subject to change after one year of retainment)*

*(PCSI uses it's proprietary software and reserves the right to protect it's own interests. The Client will have no rights to the software itself, yet the work produced in protected format, may be provided on a limited basis)*

My opinions and conclusions as expressed in this report are based upon my education, training, work experience and general familiarity with supporting data in my areas of expertise, and the information provided to me by you, as well as my familiarity with the standards of practice of construction in the community. I have a Bachelor's of Science in Engineering Technology and Associate Degree in Construction Management Technology. I am a Certified Professional Estimator. Although my expertise is focused on estimating, I am often asked to give an opinion on scheduling, project phasing, constructability, site staging and market conditions as related to a particular project.

David Battle - FCPE, CERT



SMITH RESIDENCE - CUSHING OK

# PRE CONSTRUCTION SERVICES, INC.
2512 W. INTERSTATE 44 SERVICE ROAD-OKLAHOMA CITY, OK 73112
VOICE: 405.722.5800 FAX: 405.602.3863 www.preconstructionservices.com

## COST ESTIMATE SUMMARY

| | |
|---|---|
| PROJECT: | **SMITH RESIDENCE** |
| LOCATION: | 314 EAST 8TH STREET CUSHING, OKLAHOMA |
| PREPARED FOR: | CUSHING HOSPITALITY, LLC |
| ESTIMATE #: | 18-026 |
| ESTIMATOR: | Pre Construction Services, Inc. |
| DATE: | 8/22/2018 |

| | ESTIMATE TOTAL |
|---|---|
| SEE ATTACHED ESTIMATE - BREAKDOWN | $ 8,523 |
| TOTAL | $ 8,523 |

8/22/2018

Pre Construction Services, Inc

7

SMITH RESIDENCE 314 E. 8TH
CUSHING, OKLAHOMA

**PRE CONSTRUCTION SERVICES, INC**
2512 W. INTERSTATE 44
SERVICE ROAD
OKLAHOMA CITY, OK. 73112
V: 405.722.5800  F: 405.602.3863

## FORENSIC COST ANALYSIS
### REPAIR ESTIMATE

PROJECT: SMITH RESIDENCE EARTHQUAKE REPAIR
DESCRIPTION: FORENSIC COST ESTIMATE
UNIT COSTING BASED ON
LOCATION: 314 EAST 8TH ST. CUSHING, OK
RS MEANS RESIDENTIAL COSTS 2018 37TH ANNUAL EDITION
ESTIMATOR: PRE CONSTRUCTION SERVICES, INC.

FILE: 18-026
DATE: 8/22/2018
AREA SF: 1,439

| # | DESCRIPTION | FLOOR AREA | COST FTSQ | RS MEANS CSI CODE NUMBERS | | QTY | UNIT | MATERIAL COST | MATERIAL TOTAL | LABOR COST | LABOR TOTAL | EQUIPMENT COST | EQUIPMENT TOTAL | SUBCONTRACT COST | SUBCONTRACT TOTAL | TOTAL COST | TOTAL TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **DEMOLITION** | 1,439 SF | 0.83 PSF | | | | | | | | | | | | | | |
| 2 | PULL BACK CARPET IN LIVING ROOM | | | 0905 | 05.20 0480 | 421 | SF | 0.00 | 0 | 0.07 | 29 | 0.00 | 0 | 0.00 | 0 | | 29.47 |
| 2 | PULL BACK CARPET IN SW BEDROOM | | | 0905 | 05.20 0480 | 179 | SF | 0.00 | 0 | 0.07 | 13 | 0.00 | 0 | 0.00 | 0 | | 12.53 |
| 3 | DEMO-SAWCUT FLOOR OPENINGS-LIVING ROOM | | | 0241 | 19.16 7200 | 1 | EA | 0.00 | 0 | 112.74 | 113 | 22.14 | 22 | 0.00 | 0 | | 134.88 |
| 4 | DEMO-SAWCUT FLOOR OPENINGS-SW BEDROOM | | | 0241 | 19.16 7200 | 1 | EA | 0.00 | 0 | 112.74 | 113 | 22.14 | 22 | 0.00 | 0 | | 134.88 |
| 5 | DEMO-STRIP FLOORING INTERIOR 2-1/4" X 25/32" THICK- LIVING ROOM | | | 0905 | 05.20 3400 | 8 | SF | 0.00 | 0 | 3.42 | 27 | 0.00 | 0 | 0.00 | 0 | | 27.36 |
| 6 | DEMO-STRIP FLOORING INTERIOR 2-1/4" X 25/32" THICK- SW BEDROOM | | | 0905 | 05.20 3400 | 8 | SF | 0.00 | 0 | 3.42 | 27 | 0.00 | 0 | 0.00 | 0 | | 27.36 |
| 7 | SHORING FLOOR BEAMS - SCREW JACKS AND PLATES | | | 0154 | 23.70 2650 | 12 | EA | 3.87 | 46 | 26.53 | 318 | 0.00 | 0 | 0.00 | 0 | | 364.80 |
| 8 | SALVAGE BRICKS AT EACH FLOOR PEDISTAL | | | 0405 | 05.10 2060 | 12 | LF | 0.00 | 0 | 35.41 | 425 | 0.00 | 0 | 0.00 | 0 | | 424.92 |
| 9 | REMOVE FRONT ENTRY DOOR | | | 0805 | 05.10 0200 | 1 | EA | 0.00 | 0 | 17.71 | 18 | 0.00 | 0 | 0.00 | 0 | | 17.71 |
| 10 | REMOVE FRONT ENTRY DOOR FRAME | | | 0805 | 05.10 2200 | 1 | EA | 0.00 | 0 | 23.21 | 23 | 0.00 | 0 | 0.00 | 0 | | 23.21 |
| 11 | **MASONRY** | 1,439 SF | 1.31 PSF | | | | | | | | | | | | | | |
| 12 | 16"X16" COLUMN SOLID | | | 0421 | 13.18 0400 | 12 | LF | 0.00 | 0 | 143.25 | 1,719 | 0.00 | 0 | 0.00 | 0 | | 1,719.00 |
| 13 | REMOVE SHORING FLOOR BEAMS - SCREW JACKS AND PLATES | | | 0154 | 23.70 2650 | 12 | EA | 0.00 | 0 | 13.26 | 159 | 0.00 | 0 | 0.00 | 0 | | 159.12 |
| 14 | **ROUGH CARPENTRY** | 1,439 SF | 0.06 PSF | | | | | | | | | | | | | | |
| 15 | SUBFLOOR WITH BOARDS 1"X6" LAID REGULAR | | | 0616 | 23.10 0452 | 16 | SF | 3.44 | 55 | 2.23 | 36 | 0.00 | 0 | 0.00 | 0 | | 90.72 |
| 16 | **DOORS** | 1,439 SF | 0.44 PSF | | | | | | | | | | | | | | |
| 17 | NEW FRONT METAL DOOR INCL JAMB AND BRICKMOLD | | | 0817 | 23.10 3550 | 1 | EA | 376.31 | 376 | 46.42 | 46 | 0.00 | 0 | 0.00 | 0 | | 422.73 |
| 18 | DOOR FINISH HARDWARE | | | 0871 | 20.40 0400 | 1 | EA | 167.13 | 167 | 37.14 | 37 | 0.00 | 0 | 0.00 | 0 | | 204.27 |
| 19 | **FINISHES** | 1,439 SF | 0.61 PSF | | | | | | | | | | | | | | |
| 20 | PATCH OAK 25/32"X2-1/4", NOT FINISHED | | | 0964 | 29.10 4900 | 16 | SF | 7.12 | 114 | 6.53 | 104 | 0.00 | 0 | 0.00 | 0 | | 218.40 |
| 21 | FINISH WOOD FLOORS | | | 0991 | 23.52 3400 | 16 | SF | 0.60 | 10 | 1.33 | 21 | 0.00 | 0 | 0.00 | 0 | | 30.88 |
| 22 | PAINT FRONT DOOR AND FRAME | | | 0991 | 13.70 0370 | 1 | EA | 16.99 | 17 | 124.68 | 125 | 0.00 | 0 | 0.00 | 0 | | 141.67 |
| 23 | RE-LAY CARPET | | | 0968 | 16.10 0701 | 600 | SF | 0.00 | 0 | 0.80 | 480 | 0.00 | 0 | 0.00 | 0 | | 480.00 |
| 24 | | | | | | | | | | | | | | | | | |
| 26 | SUB TOTALS: | | | | | | | | 785 | | 3,834 | | 44 | | 0 | | 4,664 |
| 27 | GENERAL CONDITIONS | | 20.00% | | | | | | | | | | | | | | 933 |
| 28 | CONTRACTOR OVERHEAD/PROFIT & INSURANCE | | 27.00% | | | | | | | | | | | | | | 1,511 |
| 29 | RESTORATION CONTINGENCY | | 10.00% | | | | | | | | | | | | | | 711 |
| 30 | ARCHITECTURAL & ENGINEERING FEES | | 9.00% | | | | | | | | | | | | | | 704 |
| 31 | TOTAL: | | | | | | | | | | | | | | | | **8,523.00** |

8/22/2018                                                      PRE CONSTRUCTION SERVICES, INC.