Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

SEAN SMITH and CRYSTAL SMITH,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　Plaintiffs,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
-vs-　　　　　　　　　　　　　　　　) No. 5:17-CV-1302-D
　　　　　　　　　　　　　　　　　　)
CSAA FIRE and CASUALTY　　　　　　　)
INSURANCE COMPANY,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　　 )


DEPOSITION OF J. STEPHEN FORD, Ph.D, P.E.

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON NOVEMBER 30, 2018


REPORTED BY:  KASEY D. EGELSTON, CSR

PLAINTIFF'S EXHIBIT 5

Stephen Ford, PhD                                November 30, 2018

Page 12

```
 1   due to the highly saturated subgrade that exists in
 2   the crawlspace.
 3       Q    Okay.  And that's what I was looking for.
 4   One of them is referencing opinion 1 and opinion 2
 5   and opinion 3, I want to have some sort of way to
 6   address those on the record.  This part that says,
 7   it is my opinion that the instability of the bricks
 8   was most likely caused by soil movement due to
 9   highly saturated subgrade that exists in the
10   crawlspace is your opinion 2?
11       A    That's correct.
12       Q    And opinion 3 is your scope for repairs?
13       A    Basically it just says the damage that I
14   observed could be repaired using standard
15   construction techniques.
16       Q    Now, on this one, is this a -- is this a
17   scope of repair or is this just saying that you can
18   use standard construction techniques?
19       A    Well, the scope is contained in opinion 3.
20   It says that the dislodged bricks that I observed,
21   you know, the dislodged brick supports that I
22   observed could be repaired using, you know, standard
23   construction techniques.  It goes on to say that
24   small amount of cosmetic damage on the north and
25   west walls of the living room, again, is cosmetic
```

Stephen Ford, PhD                                    November 30, 2018

Page 13

1   damage. It can be repaired using standard
2   construction renovation techniques.
3       Q   And that's what I'm -- it seems kind of --
4   this one seems kind of odd to me and I'll tell you
5   why. This idea that something could be repaired
6   with standard construction techniques. Would anyone
7   ever have the opinion that it can be repaired with
8   standard construction techniques or is there like a
9   line that's drawn there?
10              MR. ANDREWS: Object to the form.
11              THE WITNESS: Well, the only point was
12  is that I observed the damage and the repairs are --
13  the repair processes, the repair techniques that
14  would be needed to address those issues are
15  relatively simple, relatively standard type of
16  techniques. There's not Herculean or unusual
17  processes or procedures needed to address those
18  damages that I observed.
19      Q   (By Mr. Engel) And within opinion 3 you
20  provide what the scope of that is?
21      A   Well, opinion 3 it says the repair of the
22  dislodged brick supports, and it goes on. And it
23  says, a small amount of cosmetic damage on the north
24  and west walls of the living room. So, I mean,
25  those are scope-defining issues.

Stephen Ford, PhD											November 30, 2018

Page 14

1     Q    Sure. And when you were on scene and you
2  were writing this report, you understood that Mr.
3  Battle was going to rely on your scope of repairs
4  for writing his estimate?
5     A    Well, if Mr. Battle was asked to provide an
6  estimate --
7     Q    Sure.
8     A    -- then, you know, my comment was to him is
9  that, hey, there's not Herculean things needed here.
10 Standard type techniques that you would normally --
11 normally use are the things that can be used to
12 address those issues.
13    Q    And is it common for you to provide scope
14 of works to estimators?
15    A    Yes.
16    Q    Okay. And you know that when you're
17 saying, jack up a floor structure and reconstruct
18 masonry supports, that that's something that he's
19 going to then estimate for; right?
20    A    He would know what that means.
21    Q    Right. So you're -- this one is kind of
22 directed -- if someone is going to write an
23 estimate, then this is what needs to be done as an
24 engineer; right?
25    A    That's correct.

1      A    Not necessarily.  Again, I couldn't see
2  what they did.  And these brick structures may
3  actually not be original.  It's not uncommon to go
4  in and either due to floors that are too flexible or
5  somebody wants to put more weight than what the
6  floor joists were designed for or squeaky floors.  I
7  mean, there's lots of reasons to go in and reinforce
8  a floor.  So I don't know why the brick columns were
9  installed.  You can see that there are brick columns
10 under some joists, as I said earlier.  There's wood
11 posts under some joists and then there's some joists
12 that don't have any of those things.  In all
13 probability these brick columns were installed
14 somewhere after -- or subsequent to the original
15 construction.  So they could have been placed for a
16 variety of reasons.
17     Q    But like you said -- well, nevermind.
18 Let's move to number 3.  Number 3 is you're
19 providing -- we've already discussed this, but
20 you're providing a scope of repairs; right?
21     A    If you're going to repair the brick
22 columns, you know, go cut holes in the floor and get
23 down and relay the brick, you know, and repair the
24 holes.
25     Q    Jack up the floor?

Stephen Ford, PhD                                November 30, 2018

Page 111

1      A    Yeah.  Bring it back to an elevation that
2   works with the rest of the floor.  You know, a lot
3   of times in these instances you have to work the
4   elevations to all of the other adjacent elevations,
5   so I don't -- I don't necessarily jump to jack it
6   back up 1.3 inches or 1.1 inches.
7      Q    Sure.  So in order to do that, they put
8   jacks underneath the floor joists?
9      A    Typically you would go in and because of
10  access, you would go in and cut a hole in the
11  flooring -- subflooring and go down underneath the
12  joists and put a foundation -- something that had --
13  that was big enough to provide appropriate bearing
14  on the soil.  And then actually, there's different
15  ways to do it.  Some people just use car jacks and
16  put them -- go ahead and jack them up and just leave
17  the jack there.  Some people jack it up and then put
18  in some type of structural elements and then remove
19  the jacks.  There's lots of different ways to do it.
20     Q    But what you're jacking on -- when you're
21  using a car jack, for example, you're going to --
22  the force is going up on the floor joists that are
23  underneath the home; right?
24     A    Yes.  You're jacking against the ground,
25  but you're pushing up on the bottom side of the

Stephen Ford, PhD                                November 30, 2018

Page 112

1   floor joists.
2       Q   Do you know if any of these floor joists
3   are broken underneath this living room?
4       A   Based on the -- on the elevation
5   information contained in the Rimkus report, I think
6   there's high probability that some of them are
7   broken due to rot.  That's basically what I said.
8       Q   And in order to repair those broken floor
9   joists, if you were going to repair this room, you
10  would have to actually replace those floor joists;
11  right?
12      A   Typically, you would not.  Typically, you
13  would go in and what we would call sistering them,
14  depending upon the extent of the rot.  It depends
15  upon some of the details, but effectively you would
16  go in and remove enough flooring that you could get
17  a joist that was long enough to sistering is
18  effective.  Just placing a new competent joist next
19  to the damaged joist.  There's lots of details that
20  have to be worked out and whether you extend that
21  new sister joist the full length or whether it was
22  just a partial length and how you attach it.
23  There's many details associated with that.  But
24  effectively sistering them if they're broken due to
25  rot.

1      A    No.  There's a State building code that
2   provides minimums, okay, and that -- all of the
3   information contained in that State building code
4   would permit a properly designed sistering process.
5   That's -- absolutely.
6      Q    Do you know what that process is? -- the
7   codes?
8      A    Yes.
9      Q    I mean, do you know what those requirements
10  are, as far as length, and all of that kind of
11  stuff?
12     A    That's not the way it works.  Okay?  The
13  State building code in combination with a whole
14  bunch of other referenced documents.  Okay?  So the
15  State building code, depending upon -- this is
16  probably IRC 2015.  Today -- if you were going to
17  repair today, it would be IRC or International
18  Residential Code of 2015.  But that document
19  contains all sorts of other documents by reference.
20     Q    Right.
21     A    And some of those other documents would be
22  -- would define the loads that the structure would
23  have to be designed for.  Those documents define how
24  to design wood structures, the capacity of nails,
25  the capacity of screws, the capacities of various

Stephen Ford, PhD                                    November 30, 2018

Page 116

1    species of wood.  And by using the analytical
2    processes and the design processes that we, as
3    structural engineers are trained in, you use all of
4    those codes and reference materials to design a
5    sistered repair that would be able to resist the
6    specified loads.
7         Q    You would have to have an engineer probably
8    do that?
9         A    Yes, sir.
10        Q    But that's not something that you prepared
11   in this?
12        A    No, I did not.
13        Q    Okay.
14        A    You know, estimators don't have to have all
15   of the gory details in order to estimate the cost of
16   doing something.  You can -- you know, an estimator
17   can opine about the cost of -- I don't know whether
18   you want to, you know, stacking up the brick,
19   restacking up the brick or sistering or repairing a
20   brick wall or anything.  Without all of the specific
21   details that would actually be typically provided in
22   the actual doing or the process of reinforcing
23   things.  So I kind of jumped to a conclusion, but we
24   didn't -- we didn't design the repairs.  Okay?
25        Q    Well, I mean, if you were going -- and

Stephen Ford, PhD                                November 30, 2018

Page 125

1      A    Yes.
2      Q    One of the things you mentioned was using
3   the level on the wall?
4      A    Yes.
5      Q    Did you do that at this home?
6      A    I don't remember.  That's typically not the
7   first thing, second thing or even the third thing
8   that I do.  And based on all of the information that
9   I had gathered, I honestly don't remember.  I
10  certainly did not record the results of any type of
11  plumbness measurements that I made in the wall.  So
12  I just don't know.
13     Q    Okay.  You don't remember if you did?
14     A    That's correct.
15     Q    Normally if you do that, whether it's a
16  tornado house or earthquake house, do you take
17  pictures of the level?
18     A    Typically.  If the issue is structurally
19  significant or if there's significant movement, I
20  would typically -- would typically take pictures of
21  that wall.  And there are no pictures of any kind of
22  plumbness measurements with the level.  I have seen
23  subsequent pictures somebody provided or made, but I
24  think -- maybe not.  I don't remember.  But I did
25  not make any measurements that I remember.  At least

1   I didn't record them.  A four foot level, I go, you
2   know, it's not the first thing I drag out of the
3   car.
4        Q   And it's still your testimony that you
5   haven't reviewed any other documents other than the
6   Smith -- Mr. and Mrs. Smith's deposition after
7   writing your report?
8        A   Any other documents?
9        Q   I was just saying that's what you testified
10  to earlier?
11       A   I know.  I just -- the only thing that I
12  can think of -- I mean, I've got my file here and we
13  can take a look at it.  The only thing I can think
14  of is Mr. Andrews has shown me pictures of something
15  that occurred during one of the depositions.  I
16  don't know, but I didn't review them as such.  I
17  mean, I've seen the pictures, okay, but -- and I'm
18  sitting here trying to remember now whether the
19  plumbness measurement -- or the level on the wall
20  was maybe part of those -- part of those pictures.
21  I don't know.
22       Q   Right.  I'm sorry, go ahead.
23       A   But anyway, when you said "reviewed," I go
24  to actually an analysis of things.  He has shown me,
25  you know, that there were other pictures there, but