LISA M. HOLLIDAY, Ph.D. - APRIL 13, 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

SEAN SMITH and CRYSTAL SMITH, )
)
    Plaintiffs, )
)
VS. ) No. 5:17-CV-1302D
)
CSAA FIRE AND CASUALTY )
INSURANCE COMPANY, )
)
    Defendant. )



\* \* \* \* \*

DEPOSITION OF LISA M. HOLLIDAY, PH.D.,

TAKEN ON BEHALF OF THE PLAINTIFFS

ON APRIL 13, 2018

IN OKLAHOMA CITY, OKLAHOMA

COMMENCING AT 9:53 A.M.

\* \* \* \* \*

REPORTED BY: KORTNEY V. HOUTS, CSR

instaScript
101 Park Avenue, Suite 910
Oklahoma City, OK 73102
Phone: 405-605-6880 Fax: 405-605-6881



PLAINTIFF'S EXHIBIT 6

Lisa M. Holliday, Ph.D.
4/13/2018

Page 39 (150 - 153)

### Page 150

LISA M. HOLLIDAY, Ph.D. - APRIL 13, 2018

1    the attic.
2    Q    What about behind the walls?
3    A    I generally don't tear up people's houses.
4    Q    But, I mean, if you've got -- if you have to
5    make a determination --
6    A    We would -- we would probably leave, have a
7    meeting, you know, talk to the client about we're going
8    to have to do some destructive testing. Our
9    investigations are generally limited to nondestructive
10    testing. But on occasion, we have had to do
11    destructive testing, and we -- that's not a call we
12    make on the spot.
13    Q    Is that -- but that's something that -- if
14    you have to gather that type of data, is that something
15    that you'd be willing to do to make sure you got the
16    right conclusion?
17    A    Yes.
18    Q    Because you --
19    A    And have.
20    Q    And so for Rimkus, you have done that.
21    You've opened walls and that kind of thing?
22    A    I have.
23    Q    Do you recall that in the living room one of
24    the joists had fell and you had to walk over a hump?
25    A    In the living room, the joist had failed?

### Page 151

LISA M. HOLLIDAY, Ph.D. - APRIL 13, 2018

1    No.
2    Q    You don't remember --
3    A    There was lots of humps.
4    Q    What about a collapsed joist? Do you recall
5    anything like that?
6    A    No.
7    Q    Do you recall whether or not you walked
8    over -- when I say collapsed floor joist, do you
9    understand what I'm referring to?
10    A    Well, I understand the technical meaning of
11    collapsed. We certainly didn't see anything collapsed
12    or any sign of anything collapsed there.
13    Q    If something had collapsed, what would that
14    feel like when you're walking across the floor?
15    A    Collapse is a complete break of the member,
16    and that would have been very obvious.
17    Q    What if it had fallen over? What would you
18    call that?
19    A    Fallen over.
20    Q    Do you recall a fallen-over floor joist?
21    A    No.
22    Q    Do you recall walking over something that
23    was -- were you looking for those types of things?
24    A    We were not.
25    Q    You weren't looking for fallen floor joists?

### Page 152

LISA M. HOLLIDAY, Ph.D. - APRIL 13, 2018

1    A    We were not doing a full, thorough structural
2    evaluation of the house.
3    Q    If you were walking through the -- well, if
4    you're walking through the living room and you walked
5    over a fallen floor joist and there was a trough in the
6    floor, is that something that you would have wanted to
7    investigate?
8    A    Probably just -- yes. But it seems like --
9    if there would have been something that dramatic, yeah,
10    it seems like they would have called an engineer
11    themselves.
12    Q    If there was something --
13    A    If there was -- if I was a homeowner and
14    there was a gaping hole in my floor, I would call an
15    engineer.
16    Q    If there was a -- if there was something like
17    that when you arrived at the Smiths', is that something
18    you would have investigated in the crawlspace?
19    A    Yeah.
20    Q    Would that be -- would that be indicative of
21    earthquake damage in that home?
22    A    No.
23    Q    You don't think so?
24    A    Not -- not the first signs of damage.
25    Q    Again, this would be something where you'd

### Page 153

LISA M. HOLLIDAY, Ph.D. - APRIL 13, 2018

1    have to have a fallen floor -- or some sort of floor
2    failure, coupled with something else maybe higher.
3    Correct?
4    A    Right.
5    Q    And if you saw something like that, then you
6    would think, this might be earthquake?
7    A    I would think the kind of damage you're
8    describing would be secondary.
9    Q    The floor damage?
10    A    The floor damage would probably be secondary.
11    Something fell on it. Because that would not be the
12    first -- that's not one of the first indications --
13    that's not one of the first things that generally
14    breaks with earthquake damage.
15    Q    And if I'm understanding this correctly, what
16    you're saying is, if there was this secondary floor
17    damage and then something up higher, which would be
18    like a primary damaged thing, then you would be more
19    inclined to say, this home was damaged by an
20    earthquake?
21    A    I'm saying the way I can imagine that kind of
22    damage happening is that an earthquake causing
23    something to fall on that floor --
24    Q    Oh, I understand.
25    A    -- and cause that kind of damage.