# EXHIBIT 2

LISA M. HOLLIDAY, Ph.D. - APRIL 13, 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

SEAN SMITH and CRYSTAL SMITH,     )
                                  )
            Plaintiffs,           )
                                  )
VS.                               )No. 5:17-CV-1302D
                                  )
CSAA FIRE AND CASUALTY            )
INSURANCE COMPANY,                )
                                  )
            Defendant.            )

\* \* \* \* \*

DEPOSITION OF LISA M. HOLLIDAY, PH.D.,

TAKEN ON BEHALF OF THE PLAINTIFFS

ON APRIL 13, 2018

IN OKLAHOMA CITY, OKLAHOMA

COMMENCING AT 9:53 A.M.

\* \* \* \* \*

REPORTED BY: KORTNEY V. HOUTS, CSR

```
 1   No.
 2        Q     You don't remember --
 3        A     There was lots of humps.
 4        Q     What about a collapsed joist?  Do you recall
 5   anything like that?
 6        A     No.
 7        Q     Do you recall whether or not you walked
 8   over -- when I say collapsed floor joist, do you
 9   understand what I'm referring to?
10        A     Well, I understand the technical meaning of
11   collapsed.  We certainly didn't see anything collapsed
12   or any sign of anything collapsed there.
13        Q     If something had collapsed, what would that
14   feel like when you're walking across the floor?
15        A     Collapse is a complete break of the member,
16   and that would have been very obvious.
17        Q     What if it had fallen over?  What would you
18   call that?
19        A     Fallen over.
20        Q     Do you recall a fallen-over floor joist?
21        A     No.
22        Q     Do you recall walking over something that
23   was -- were you looking for those types of things?
24        A     We were not.
25        Q     You weren't looking for fallen floor joists?
```

1      **A**    We were not doing a full, thorough structural
2    evaluation of the house.
3      **Q**    If you were walking through the -- well, if
4    you're walking through the living room and you walked
5    over a fallen floor joist and there was a trough in the
6    floor, is that something that you would have wanted to
7    investigate?
8      **A**    Probably just -- yes.  But it seems like --
9    if there would have been something that dramatic, yeah,
10   it seems like they would have called an engineer
11   themselves.
12     **Q**    If there was something --
13     **A**    If there was -- if I was a homeowner and
14   there was a gaping hole in my floor, I would call an
15   engineer.
16     **Q**    If there was a -- if there was something like
17   that when you arrived at the Smiths', is that something
18   you would have investigated in the crawlspace?
19     **A**    Yeah.
20     **Q**    Would that be -- would that be indicative of
21   earthquake damage in that home?
22     **A**    No.
23     **Q**    You don't think so?
24     **A**    Not -- not the first signs of damage.
25     **Q**    Again, this would be something where you'd