# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

SEAN SMITH and CRYSTAL SMITH,      )
                                   )
         Plaintiffs,               )
                                   )No.
vs.                                )5:17-cv-1302D
                                   )
CSAA FIRE & CASUALTY INSURANCE     )
COMPANY,                           )
                                   )
         Defendant.                )

VIDEOTAPED DEPOSITION OF TIM FRANCE

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON JANUARY 7, 2019

REPORTED BY:  KAREN B. JOHNSON, CSR

Page 81

1  believe it's not necessary to go into the crawl
2  space?
3       A    Yes.
4       Q    Why?
5       A    There was nothing there that I saw that
6  would justify going into it, and, too, if I remember
7  correctly, there was no direct access to the crawl
8  space.
9       Q    Did you ever consider destructive
10 investigation to get into there?
11      A    No.
12      Q    But that's something you could have done
13 to access if there was no access point; right?
14      A    We could propose it, have to get approval
15 from the property owner then and the client to pay
16 for the repairs.
17      Q    And that's something you guys could have
18 done; right?
19      A    Could have.
20      Q    I want to talk about the size of
21 earthquakes, all right?
22      A    Okay.
23      Q    How do you measure the size of an
24 earthquake?
25      A    There's -- when you say "measure," by