# EXHIBIT 4

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

SEAN SMITH and CRYSTAL SMITH,   )
                                )
          Plaintiff,            )
                                )
-vs-                            )   CASE NO. 5:17-cv-1302 D
                                )
CSAA FIRE AND CASUALTY          )
INSURANCE COMPANY,              )
                                )
          Defendant.            )

DEPOSITION OF

DAVID M. BATTLE

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON NOVEMBER 2, 2018

REPORTED BY:   TRENA K. BLOYE, CSR

Page 125

```
 1     Q   I'm going to show you Defendant's Exhibit 17.
 2   And I've only got one copy of this one, too, but we'll
 3   make copies.
 4     A   Is this this house?
 5     Q   We'll get there.  Just take your time looking
 6   at them.
 7     A   Okay.
 8           MR. ANDREWS:  Adam, where are these
 9   pictures from?
10           MR. ENGEL:  I took them.
11           MR. ANDREWS:  I'm pretty sure we asked in
12   discovery to produce any and all photographs of the
13   house.  I'm pretty sure I've never seen this picture of
14   the house.
15           MR. ENGEL:  We went back to look at it.
16   I'll submit them.
17           MR. ANDREWS:  Just note my objection on
18   the record.
19     A   Yeah.  I can see the picture.  This mostly
20   looks like rotted wood here.
21     Q   (By Mr. Engel) Have you had time to look at the
22   pictures?
23     A   Yeah, for the most part.
24     Q   If that was the floor joist underneath that
25   house, you wouldn't be able to jack up those, would you?
```