# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

```
SEAN SMITH and CRYSTAL
SMITH,                           )
                                 )
     Plaintiffs,                 )
                                 )
-vs-                             ) No. 5:17-CV-1302-D
                                 )
CSAA FIRE and CASUALTY           )
INSURANCE COMPANY,               )
                                 )
     Defendant.                  )
```

DEPOSITION OF J. STEPHEN FORD, Ph.D, P.E.

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON NOVEMBER 30, 2018

REPORTED BY:  KASEY D. EGELSTON, CSR

1   floor joists.
2        Q    Do you know if any of these floor joists
3   are broken underneath this living room?
4        A    Based on the -- on the elevation
5   information contained in the Rimkus report, I think
6   there's high probability that some of them are
7   broken due to rot.  That's basically what I said.
8        Q    And in order to repair those broken floor
9   joists, if you were going to repair this room, you
10  would have to actually replace those floor joists;
11  right?
12       A    Typically, you would not.  Typically, you
13  would go in and what we would call sistering them,
14  depending upon the extent of the rot.  It depends
15  upon some of the details, but effectively you would
16  go in and remove enough flooring that you could get
17  a joist that was long enough to sistering is
18  effective.  Just placing a new competent joist next
19  to the damaged joist.  There's lots of details that
20  have to be worked out and whether you extend that
21  new sister joist the full length or whether it was
22  just a partial length and how you attach it.
23  There's many details associated with that.  But
24  effectively sistering them if they're broken due to
25  rot.