# SMITH v. CSAA AND HOLLIDAY

127.035

**Rimkus Payment Chart**

| YEAR | Earthquake Claims Assigned to Rimkus | Total |
|---|---|---|
| 2013 | 1 | $2,931.00 |
| 2014 | 1 | $2,667.60 |
| 2015 | 0 | $0 |
| 2016 | 13 | $36,004.86 |
| 2017 | 9 | $31,114.30 |
| 2018 | 3 | $9,269.49 |
| **TOTAL** | 27 | **$81,987.25** |



PLAINTIFF'S EXHIBIT 1