# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SEAN SMITH and CRYSTAL SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> CSAA FIRE AND CASUALTY INSURANCE, <br><br> Defendants. | Case No: 5:17-CV-01302-D |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THEIR OBJECTIONS TO DEFENDANT'S REQUESTED SUPPLEMENTAL JURY INSTRUCTION NOS. 1 AND 2 UNDER SEAL

COME NOW Plaintiffs, Sean Smith and Crystal Smith ("The Smiths"), and respectfully request this Court grant Plaintiffs' Unopposed Motion for Leave to file their Objections to Defendant, CSAA Fire and Casualty Company's, Requested Supplemental Jury Instruction Nos. 1 and 2 Under Seal to maintain confidentiality subject to the parties' Agreed Protective Order. In support of this Motion, the Plaintiffs would show the Court as follows:

1. The Court entered an Agreed Protective Order on June 22, 2020 [Doc. No. 107].

2. Plaintiffs wish to file their Objections to Defendant's Requested Supplemental Jury Instruction Nos. 1 and 2 under seal because Plaintiffs' objections repeatedly discusses and contains testimony, verified Interrogatory Answers, and documentation that is subject to the Protective Order.

3. Defense counsel has been contacted and does not object to Plaintiffs filing this Motion for Leave or to the filing of Plaintiffs' Objections to Defendant's Requested Supplemental Jury Instruction Nos. 1 and 2 under seal.

4. A proposed Order will be submitted pursuant to LCvR5.5.

Respectfully Submitted,

By: *s/Adam Engel*
Adam Engel, OBA #32384
Kenneth G. Cole, OBA #11792
**MANSELL ENGEL & COLE**
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
E-mail: aengel@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@ryanwhaley.com)
R. Greg Andrews (greg@andrews.law)

**ATTORNEYS FOR DEFENDANT –
CSAA FIRE AND CASUALTY INSURANCE**

*s/Adam Engel*