IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Sean Smith and Crystal Smith,  )<br>                                )<br>            Plaintiff,   )<br>                                )<br>   vs.                          )   Case No. CIV-17-1302-D<br>                                )<br>CSAA Fire and Casualty          )<br>Insurance Company,              )<br>                                )<br>            Defendant.   )   | |

ADMINISTRATIVE CLOSING ORDER

IT APPEARING that these proceedings should be held in abeyance pursuant to the settlement and compromise being effected by the parties, it is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.  If within 30 days hereof, the parties have not reopened for the purpose of obtaining such a final determination, this action will be deemed to be dismissed with prejudice.

IT IS SO ORDERED this 6th day of November, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge